<div style="clerk">Clerk's Use Only<br>Initial for fee pd.:<br>_____</div>

BETH HIRSCH BERMAN (VA Bar No. 28091)
Email: bberman@williamsmullen.com
WILLIAMS MULLEN
Dominion Tower, Suite 1700, 999 Waterside Drive
Norfolk, VA 23510
Telephone: (757) 629-0604

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

KASSONDRA BAAS and KELLY LOFQUIST, individually and on behalf of all others similarly situated,

    Plaintiff(s),

v.

DOLLAR TREE STORES, INC.

    Defendant(s).

CASE NO. C-07-3108 JSW

APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

Pursuant to Civil L.R. 11-3, BETH HIRSCH BERMAN, an active member in good standing of the bar of VIRGINIA, hereby applies for admission to practice in the Northern District of California on a pro hac vice basis representing Defendant Dollar Tree Stores, Inc. in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is: ALEX HERNAEZ (State Bar No. 201441)
Email: hernaez@kmm.com
KAUFF McCLAIN & McGUIRE LLP, One Post St., Ste. 2600, San Francisco, CA 94104, Tel: (415) 421-3111

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 7/2/07

                                                                       */s/ Beth Hirsch Berman*
BETH HIRSCH BERMAN

## CERTIFICATE OF SERVICE BY MAIL

I am a citizen of the United States and employed in San Francisco County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is One Post Street, Suite 2600, San Francisco, California 94104. I am readily familiar with this firm's practice for collection and processing of correspondence for mailing with the United States Postal Service. On **July 5, 2007** I placed with this firm at the above address for deposit with the United States Postal Service a true and correct copy of the within documents:

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**

in a sealed envelope, postage fully paid, addressed as follows:

**Donald S. Edgar, Esq.**
**Jeremy R. Fietz, Esq.**
**Rex Grady, Esq.**
**Edgar Law Firm**
**408 College Avenue**
**Santa Rosa, CA  95401**

**Attorneys for Plaintiffs**

Following ordinary business practices, the envelope was sealed and placed for collection and mailing on this date, and would, in the ordinary course of business, be deposited with the United States Postal Service on this date.

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed on **July 5, 2007** at San Francisco, California.

*/s/ Jennifer A. Llewelyn*
Jennifer A. Llewelyn

KAUFF, MCCLAIN
& MCGUIRE LLP
ONE POST STREET
SUITE 2600
SAN FRANCISCO, CA  94104
TELEPHONE (415) 421-3111

CERTIFICATE OF SERVICE                                   CASE NO. C 07-03108