1  MAUREEN E. McCLAIN (State Bar No. 062050)
   Email: mcclain@kmm.com
2  ALEX HERNAEZ (State Bar No. 201441)
   Email: hernaez@kmm.com
3  KAUFF McCLAIN & McGUIRE LLP
   One Post Street, Suite 2600
4  San Francisco, California 94104
   Telephone:  (415) 421-3111
5  Facsimile:   (415) 421-0938

6  Attorneys for Defendant
   DOLLAR TREE STORES, INC.
7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10

11 | KASSONDRA BAAS and KELLY          | CASE NO. C 07-03108 JSW
   | LOFQUIST, individually and on behalf of all |
12 | others similarly situated,         | **CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**
13 |                    Plaintiffs,     |
14 |    v.                              | **JUDGE:**  Hon. Jeffrey S. White
15 | DOLLAR TREE STORES, INC.,          | **COMPLAINT FILED:**  June 13, 2007
   |                                    | **TRIAL DATE:**       No date set.
16 |                    Defendant.      |

17
18
19
20
21
22
23
24
25
26
27
28

KAUFF, McCLAIN & McGUIRE LLP
ONE POST STREET
SUITE 2600
SAN FRANCISCO, CA 94104
TELEPHONE (415) 421-3111

CERTIFICATION OF INTERESTED ENTITIES OR PERSONS                    CASE NO. C 07-03108 JSW

**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**

Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party the proceeding, or (ii) a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:  Dollar Tree's shareholders.

DATED: July 9, 2007

Respectfully submitted,

KAUFF McCLAIN & McGUIRE LLP

By: _____/S/_____
MAUREEN E. McCLAIN
ALEX HERNAEZ

Attorneys for Defendant
DOLLAR TREE STORES, INC.

119693.v1

KAUFF, MCCLAIN & MCGUIRE LLP
ONE POST STREET
SUITE 2600
SAN FRANCISCO, CA 94104
TELEPHONE (415) 421-3111

CERTIFICATION OF INTERESTED ENTITIES OR PERSONS    CASE NO. C 07-03108 JSW