United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KASSONDRA BAAS, et al., | |
| Plaintiffs, | No. C 07-03108 JSW |
| v. | |
| DOLLAR TREE STORES, INC., | **ORDER SETTING BRIEFING SCHEDULE** |
| Defendant. / | |

This matter is set for a hearing on August 3, 2007 on defendant Dollar Tree Stores, Inc.'s ("Defendant") motion to dismiss and/or to strike. The Court HEREBY ORDERS that plaintiff Kassondra Baas and Kelly Lofquist's opposition to this motion shall be due by Tuesday, July 24, 2007 and Defendant's reply, if any, shall be due by Tuesday, July 31, 2007.

If the Court determines that the matter is suitable for resolution without oral argument, it will so advise the parties in advance of the hearing date. If the parties wish to modify this schedule, they may submit for the Court's consideration a stipulation and proposed order demonstrating good cause for any modification requested.

**IT IS SO ORDERED.**

Dated: July 10, 2007

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE