UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

KASSONDRA BAAS and KELLY LOFQUIST, individually and on behalf of all others similarly situated,

    Plaintiff(s),

v.

DOLLAR TREE STORES, INC.

    Defendant(s).

CASE NO. C-07-3108 JSW

~~(Proposed)~~ ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

BETH HIRSCH BERMAN , an active member in good standing of the bar of VIRGINIA (particular court to which applicant is admitted) whose business address and telephone number is 999 Waterside Drive, 1700 Dominion Tower, Norfolk, VA 23510, Tel: (757) 629-0604.

, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice* . Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing* .

Dated: 7-12-07

Hon. Jeffrey S. White
United States District Court Judge