Donald S. Edgar, Esq. (SBN 129324)
Jeremy R. Fietz, Esq. (SBN 200396)
Rex Grady, Esq. (SBN 232236)
**EDGAR LAW FIRM**
408 College Avenue
Santa Rosa, California 95401
Tel:  (707) 545-3200
Fax: (707) 578-3040

Attorneys for Plaintiffs, individually and on behalf of others similarly situated

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KASSONDRA BAAS and KELLY LOFQUIST, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>DOLLAR TREE STORES, INC.,<br><br>Defendants. | CASE NO. 07-03108<br><br>CLASS ACTION<br><br>**[Proposed] ORDER DENYING DEFENDANT'S MOTION TO DISMISS**<br><br>The Honorable Jeffrey S. White<br><br>Courtroom 2, 17th Floor<br><br>Time: 9:00 a.,m.,  August 24, 2007 |

1   The motion of the defendant, Dollar Tree Stores, Inc. for an order
2  dismissing Plaintiffs' cause of action for fraud, came on for hearing on August 24,
3  2007. The Court has considered the moving papers, opposition papers, reply
4
5  papers, the submissions of counsel, and all other papers filed in this action.
6  The matter having been submitted, the Court hereby orders as follows:
7   Defendant's Motion to Dismiss is DENIED.
8
9   Defendant is ordered to file its Answer to the complaint within ten (10)
10 days.

Dated: _____    _____
                                 Honorable Jeffrey S. White
                                 District Court Judge

[Proposed] Order
Case No. 07-03108 JSW