**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

CIVIL PRETRIAL MINUTES

Date: 8/24/07

Case No.   C-07-3108 JSW              Judge:   JEFFERY S. WHITE

Title: KOSSONDRA BASS -v- DOLLAR TREE STORES

Attorneys: Don Edgar, Jeremy Feitz          Alexander Hernandez

Deputy Clerk:  Tracy Sutton   Court Reporter: Jim Yeomans

**PROCEEDINGS**

1)   Motion to Dismiss and/or Strike - HELD

2)

3)

Order to be prepared by:  ( )Pltf   ( )Deft   ( x )Court

Disposition :  ( ) GRANTED, ( ) DENIED, ( ) GRANTED/DENIED IN   (X) SUBMITTED
                              PART

Case continued to _ for Further Case Management Conference

Case continued to __ for Motions
(Motion due , Opposition  Reply )

Case continued to __ for Pretrial Conference

Case continued to __ for Trial (: Days)
Discovery Cutoff:   Designate Experts by: , Rebuttal Experts:, Expert Discovery Cutoff:

ORDERED AFTER HEARING: