**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

AMENDED                    CIVIL PRETRIAL MINUTES

Date:8/24/07

Case No.   C-07-3108 JSW          Judge:  JEFFREY S. WHITE

Title: KOSSONDRA BASS -v- DOLLAR TREE STORES

Attorneys: Don Edgar, Jeremy Feitz        Alexander Hernandez

Deputy Clerk:  Tracy Sutton  Court Reporter: Jim Yeomans

**PROCEEDINGS**

1)   Motion to Dismiss and/or Strike - HELD

2)

3)

Order to be prepared by:  (  )Pltf   (  )Deft   ( x )Court

Disposition :  (  ) GRANTED, (  ) DENIED, (  ) GRANTED/DENIED IN   (X ) SUBMITTED
                                  PART

Case continued to _ for Further Case Management Conference

Case continued to __  for Motions
(Motion due , Opposition  Reply )

Case continued to __ for Pretrial Conference

Case continued to __ for Trial (:  Days)
Discovery Cutoff:   Designate Experts by: , Rebuttal Experts:, Expert Discovery Cutoff:

ORDERED AFTER HEARING: