UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

KASSONDRA BAAS

       Plaintiff(s),                              No. C 07-03108 JSW

  v.                                        **CLERK'S NOTICE**

DOLLAR TREE STORES

       Defendant(s).
_____/

      YOU ARE HEREBY NOTIFIED that on October 19, 2007, at 1:30 p.m., in Courtroom 2 on the 17th floor of the Federal Building, 450 Golden Gate Avenue, San Francisco, California, the HONORABLE JEFFREY S. WHITE will conduct the Initial Case Management Conference **previously noticed for** September 28, 2007 , in this matter.   The joint case management statement shall be due on or before October 12, 2007.   This continuance is due to the unavailability of the Court.

                                          Richard W. Wieking
                                          Clerk, United States District Court

                                          By:____*Jennifer Ottolini*_____
                                          Jennifer Ottolini, Deputy Clerk
                                          Honorable Jeffrey S. White
                                          (415) 522-4173

Dated: August 27, 2007