UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

KASSONDRA BAAS and KELLY
LOFQUIST, and on behalf of all others
similarly situated,

          Plaintiff(s),

v.

DOLLAR TREE STORES, INC.,

          Defendant(s).

Case No.   C 07-03108 JSW

ADR CERTIFICATION BY PARTIES
AND COUNSEL

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

(1) Read the handbook entitled *"Dispute Resolution Procedures in the Northern District of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

(2) Discussed the available dispute resolution options provided by the Court and private entities; and

(3) Considered whether this case might benefit from any of the available dispute resolution options.

Dated: Aug 21, 2007

                                                     James A. Gorry, III
                                                     for Dollar Tree Stores, Inc.

Dated: 8/28/07

                                                     Maureen E. McClain
                                                   Attorneys for Defendant
                                                   Dollar Tree Stores, Inc.