UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

KASSONDRA BAAS and KELLY
LOFQUIST, individually and on
behalf of all others similarly
situated,

        Plaintiff(s),

v.

DOLLAR TREE STORES, INC.,
        Defendant(s).

CASE NO. C 07-03108 JSW

STIPULATION AND [PROPOSED]
ORDER SELECTING ADR PROCESS

    Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**Court Processes:**
- [ ] Non-binding Arbitration (ADR L.R. 4)
- [x] Early Neutral Evaluation (ENE)  (ADR L.R. 5)
- [ ] Mediation (ADR L.R. 6)

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR, must participate in an ADR phone conference and may not file this form. They must instead file a Notice of Need for ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

**Private Process:**
- [ ] Private ADR *(please identify process and provider)* _____

The parties agree to hold the ADR session by:
- [ ] the presumptive deadline *(The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered.)*
- [x] other requested deadline __As this is pled as a class action, we suggest 120 days.__

Dated: August 28, 2007

                                            Attorney for Plaintiff
                                            JEREMY R. FIETZ

Dated: August 28, 2007
                                            /s/
                                            Attorney for Defendant
                                            MAUREEN E. McCLAIN

American LegalNet, Inc.
www.USCourtForms.com

## [~~PROPOSED~~] ORDER

Pursuant to the Stipulation above, the captioned matter is hereby referred to:
- ☐ ~~Non-binding Arbitration~~
- ☐ Early Neutral Evaluation (ENE)
- ☐ ~~Mediation~~
- ☐ ~~Private ADR~~

Deadline for ADR session
- ☐ ~~90 days from the date of this order.~~
- ☐ other  120 days

IT IS SO ORDERED.

Dated:  August 29, 2007

_Jeffrey S. White_
UNITED STATES DISTRICT JUDGE

American LegalNet, Inc.
www.USCourtForms.com