UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

KASSONDRA BAAS and KELLY
LOFQUIST, individually and on
behalf of all others similarly
situated,                                    CASE NO. C 07-03108 JSW
                    Plaintiff(s),

          v.                          STIPULATION AND [PROPOSED]
                                      ORDER SELECTING ADR PROCESS

DOLLAR TREE STORES, INC.,
                    Defendant(s).
_____/

          Counsel report that they have met and conferred regarding ADR and have reached the
following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**Court Processes:**
☐     Non-binding Arbitration (ADR L.R. 4)
☒     Early Neutral Evaluation (ENE)  (ADR L.R. 5)
☐     Mediation (ADR L.R. 6)

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is*
*appreciably more likely to meet their needs than any other form of ADR, must participate in an*
*ADR phone conference and may not file this form. They must instead file a Notice of Need for*
*ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

**Private Process:**
☐     Private ADR *(please identify process and provider)* _____

_____

The parties agree to hold the ADR session by:
☐     the presumptive deadline *(The deadline is 90 days from the date of the order*
      *referring the case to an ADR process unless otherwise ordered.)*

☒     other requested deadline As this is pled as a class action, we suggest 120 days.

Dated: August 28, 2007  _____        _____
                                               Attorney for Plaintiff
                                               JEREMY R. FIETZ

Dated: August 28, 2007  _____        /S/
                                               _____
                                               Attorney for Defendant
                                               MAUREEN E. McCLAIN

American LegalNet, Inc.
www.USCourtForms.com

~~[PROPOSED]~~ ORDER

Pursuant to the Stipulation above, the captioned matter is hereby referred to:

☐ ~~Non-binding Arbitration~~
☐ Early Neutral Evaluation (ENE)
☐ ~~Mediation~~
☐ ~~Private ADR~~

Deadline for ADR session

☐ ~~90 days from the date of this order.~~
☐ other  120 days

IT IS SO ORDERED.

Dated:  August 29, 2007

UNITED STATES DISTRICT JUDGE

American LegalNet, Inc.
www.USCourtForms.com