# UNITED STATES DISTRICT COURT

## Northern District of California

| | |
|---|---|
| Baas, | 07-03108 JSW ENE |
| Plaintiff(s), | **Notice of Appointment of Evaluator** |
| v. | |
| Dollar Tree Stores, Inc., | |
| Defendant(s). | |

TO COUNSEL OF RECORD:

The court notifies the parties and counsel that the Evaluator assigned to this case is:

**Dirk M. Schenkkan**
Howard Rice Nemerovski Canady Falk & Rabin
Three Embarcadero Center, 7th Fl.
San Francisco, CA 94111
415-399-3055

Counsel shall familiarize themselves with the requirements of ADR L.R. 5 which governs the ENE program.  The evaluator will schedule a joint phone conference with counsel under ADR L.R. 5-7 and will set the date of the ENE session within the deadlines set by ADR L.R. 5-5 or the court order referring this action to ENE.  The court permits the evaluator to charge each party its pro rata share of the cost of the phone conference.

**Notice of Appointment of Evaluator**
07-03108 JSW ENE                       - 1 -

1   Counsel are reminded that the written ENE statements required by the ADR L.R.
2   5-8 shall NOT be filed with the court.

4   Dated: September 6, 2007

RICHARD W. WIEKING
Clerk
by:    Claudia M. Forehand

_____
ADR Case Administrator
415-522-2059
Claudia_Forehand@cand.uscourts.gov

**United States District Court**
**Northern District of California**

**Notice of Appointment of Evaluator**
07-03108 JSW ENE                           - 2 -