1  JEREMY R. FIETZ (State Bar No. 200396)
   Email: jeremy@classattorneys.com
2  EDGAR LAW FIRM
   408 College Avenue
3  Santa Rosa, CA 95401
   Tel: (707) 545-3200
4  Fax: (707) 578-3040

5  Attorneys for Plaintiffs
   KASSONDRA BAAS and KELLY LOFQUIST
6
   MAUREEN E. McCLAIN (State Bar No. 062050)
7  Email: mcclain@kmm.com
   ALEX HERNAEZ (State Bar No. 201441)
8  Email: hernaez@kmm.com
   KAUFF McCLAIN & McGUIRE LLP
9  One Post Street, Suite 2600
   San Francisco, California 94104
10 Telephone: (415) 421-3111
   Facsimile: (415) 421-0938
11
   Attorneys for Defendant
12 DOLLAR TREE STORES, INC.

13 BETH HIRSCH BERMAN (VA Bar No. 28091)
   Email: bberman@williamsmullen.com
14 WILLIAMS MULLEN
   Dominion Tower, Suite 1700
15 999 Waterside Drive
   Norfolk, VA 23510
16 Telephone: (757) 629-0604
   Facsimile: (757) 629-0660
17
   *Pro Hac Vice* Attorneys For Defendant
18 DOLLAR TREE STORES, INC.

19
20                       UNITED STATES DISTRICT COURT
21                     NORTHERN DISTRICT OF CALIFORNIA
22

| | |
|---|---|
| 23  KASSONDRA BAAS and KELLY LOFQUIST, individually and on behalf of all others similarly situated, | CASE NO. C 07-03108 JSW |
| 24 | STIPULATION AND [PROPOSED] ORDER ALLOWING PLAINTIFFS TO FILE A SECOND AMENDED COMPLAINT |
| 25          Plaintiffs, | |
| 26     v. | JUDGE: Hon. Jeffrey S. White |
| 27  DOLLAR TREE STORES, INC., | COMPLAINT FILED: June 13, 2007 |
| 28          Defendant. | TRIAL DATE: No date set. |

KAUFF, MCCLAIN
& MCGUIRE LLP
ONE POST STREET
SUITE 2600
SAN FRANCISCO, CA 94104
TELEPHONE (415) 421-3111

STIPULATION AND [PROPOSED] ORDER ALLOWING
PLAINTIFFS TO FILE A SECOND AMENDED COMPLAINT                    CASE NO. C 07-03108 JSW

1   It is hereby stipulated between the Parties that Plaintiff may file a Second
2   Amended Complaint to make two (2) changes from the First Amended Complaint filed on
3   September 10, 2007; the first change to expressly confine the class allegations to non-
4   exempt employees and the second change to remove, without prejudice, references to
5   certain penalty provisions in Paragraph 8 from the Prayer for Relief. It is further
6   stipulated between the Parties that Defendant shall have ten (10) days from the date of
7   filing of the Second Amended Complaint to file its responsive pleading.
8   IT IS SO STIPULATED.

9   DATED: September 13, 2007          EDGAR LAW FIRM

11                                      By: _____
12                                              JEREMY R. FIETZ

13                                      Attorneys for Plaintiffs
                                        KASSONDRA BAAS and KELLY
14                                      LOFQUIST

15  DATED: September 13, 2007          KAUFF McCLAIN & McGUIRE LLP

17                                      By: _____
                                              MAUREEN E. McCLAIN
18
                                        Attorneys for Defendant
19                                      DOLLAR TREE STORES, INC.

20  **PURSUANT TO STIPULATION, IT IS SO ORDERED.**
21
22  DATED: _____              _____
                                        Hon. Jeffrey S. White
23                                      United States District Court Judge

24  ::ODMA\PCDOCS\KMM-SF\121551\1

KAUFF, MCCLAIN
& MCGUIRE LLP
ONE POST STREET
SUITE 2600
SAN FRANCISCO, CA 94104
TELEPHONE (415) 421-3111

-1-

STIPULATION AND [PROPOSED] ORDER ALLOWING
PLAINTIFFS TO FILE A SECOND AMENDED COMPLAINT

CASE NO. C 07-03108 JSW