1  JEREMY R. FIETZ (State Bar No. 200396)
   Email: jeremy@classattorneys.com
2  EDGAR LAW FIRM
   408 College Avenue
3  Santa Rosa, CA 95401
   Tel: (707) 545-3200
4  Fax: (707) 578-3040

5  Attorneys for Plaintiffs
   KASSONDRA BAAS and KELLY LOFQUIST
6
   MAUREEN E. McCLAIN (State Bar No. 062050)
7  Email: mcclain@kmm.com
   ALEX HERNAEZ (State Bar No. 201441)
8  Email: hernaez@kmm.com
   KAUFF McCLAIN & McGUIRE LLP
9  One Post Street, Suite 2600
   San Francisco, California 94104
10 Telephone:  (415) 421-3111
   Facsimile:  (415) 421-0938
11
   Attorneys for Defendant
12 DOLLAR TREE STORES, INC.

13 BETH HIRSCH BERMAN (VA Bar No. 28091)
   Email: bberman@williamsmullen.com
14 WILLIAMS MULLEN
   Dominion Tower, Suite 1700
15 999 Waterside Drive
   Norfolk, VA 23510
16 Telephone:  (757) 629-0604
   Facsimile:  (757) 629-0660
17
   *Pro Hac Vice* Attorneys For Defendant
18 DOLLAR TREE STORES, INC.

19
                          UNITED STATES DISTRICT COURT
20
                         NORTHERN DISTRICT OF CALIFORNIA
21

22
| | |
|---|---|
| KASSONDRA BAAS and KELLY LOFQUIST, individually and on behalf of all others similarly situated,<br><br>            Plaintiffs,<br><br>     v.<br><br>DOLLAR TREE STORES, INC.,<br><br>            Defendant. | CASE NO. C 07-03108 JSW<br><br>STIPULATION AND [PROPOSED] ORDER ALLOWING PLAINTIFFS TO FILE A SECOND AMENDED COMPLAINT<br><br>JUDGE: Hon. Jeffrey S. White<br><br>COMPLAINT FILED: June 13, 2007<br>TRIAL DATE: No date set. |

KAUFF, McCLAIN
& McGUIRE LLP
ONE POST STREET
SUITE 2600
SAN FRANCISCO, CA 94104
TELEPHONE (415) 421-3111

STIPULATION AND [PROPOSED] ORDER ALLOWING
PLAINTIFFS TO FILE A SECOND AMENDED COMPLAINT

CASE NO. C 07-03108 JSW

It is hereby stipulated between the Parties that Plaintiff may file a Second Amended Complaint to make two (2) changes from the First Amended Complaint filed on September 10, 2007; the first change to expressly confine the class allegations to non-exempt employees and the second change to remove, without prejudice, references to certain penalty provisions in Paragraph 8 from the Prayer for Relief. It is further stipulated between the Parties that Defendant shall have ten (10) days from the date of filing of the Second Amended Complaint to file its responsive pleading.

IT IS SO STIPULATED.

DATED: September 13, 2007        EDGAR LAW FIRM

By: _____
    JEREMY R. FIETZ

Attorneys for Plaintiffs
KASSONDRA BAAS and KELLY LOFQUIST

DATED: September 13, 2007        KAUFF McCLAIN & McGUIRE LLP

By: _____
    MAUREEN E. McCLAIN

Attorneys for Defendant
DOLLAR TREE STORES, INC.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: September 14, 2007

_____
Hon. Jeffrey S. White
United States District Court Judge

::ODMA\PCDOCS\KMM-SF\121551\1

KAUFF, MCCLAIN
& MCGUIRE LLP
ONE POST STREET
SUITE 2600
SAN FRANCISCO, CA 94104
TELEPHONE (415) 421-3111

-1-

STIPULATION AND [PROPOSED] ORDER ALLOWING
PLAINTIFFS TO FILE A SECOND AMENDED COMPLAINT

CASE NO. C 07-03108 JSW