1    MAUREEN E. McCLAIN (State Bar No. 062050)
     Email: mcclain@kmm.com
2    ALEX HERNAEZ (State Bar No. 201441)
     Email: hernaez@kmm.com
3    KAUFF McCLAIN & McGUIRE LLP
     One Post Street, Suite 2600
4    San Francisco, California 94104
     Telephone:   (415) 421-3111
5    Facsimile:   (415) 421-0938

6    Attorneys for Defendant
     DOLLAR TREE STORES, INC.
7
     BETH HIRSCH BERMAN (VA Bar No. 28091)
8    Email: bberman@williamsmullen.com
     WILLIAMS MULLEN
9    Dominion Tower, Suite 1700
     999 Waterside Drive
10   Norfolk, VA 23510
     Telephone:   (757) 629-0604
11   Facsimile:   (757) 629-0660

12   Pro Hac Vice Attorneys For Defendant
     DOLLAR TREE STORES, INC.
13

14                 UNITED STATES DISTRICT COURT

15               NORTHERN DISTRICT OF CALIFORNIA

16

17   KASSONDRA BAAS and KELLY          CASE NO. C 07-03108 JSW (ENE)
     LOFQUIST, individually and on behalf of all
18   others similarly situated,        **STIPULATION AND [PROPOSED]
                                        PROTECTIVE ORDER**
19                 Plaintiffs,
                                        **JUDGE:** Hon. Jeffrey S. White
20        v.
                                        **COMPLAINT FILED:** June 13, 2007
21   DOLLAR TREE STORES, INC.,          **TRIAL DATE:**       No date set.

22                 Defendant.

23

24        Plaintiffs Kassondra Baas and Kelly Lofquist ("Plaintiffs") and Defendant

25   Dollar Tree Stores, Inc. ("Defendant"), by their respective counsel, hereby stipulate and

26   agree as follows:

27        WHEREAS, the parties to this proceeding anticipate that during the course

28   of the above-captioned litigation, the parties will produce or provide documents and

KAUFF, McCLAIN
& McGUIRE LLP
ONE POST STREET
SUITE 2600
SAN FRANCISCO, CA  94104
TELEPHONE (415) 421-3111

1  information which one or more parties contend contain trade secrets or other sensitive,

2  private, confidential or proprietary information; and,

3  WHEREAS, the parties to this proceeding wish to protect the confidentiality

4  of such documents and information and to ensure that the parties can obtain and pursue

5  discovery with the minimum of delay and expense; THEREFORE,

6  IT IS HEREBY AGREED, STIPULATED AND ORDERED THAT:

7  1.    In connection with discovery and other proceedings in this action,

8  the parties may designate any document, thing, material, testimony or other information

9  derived therefrom, as "Confidential Information" under the terms of this Stipulated

10  Protective Order.  Neither party shall designate any discovery material as "Confidential

11  Information" without first making a determination that the information is properly subject

12  to protection under Fed. R. Civ. P. 26(c) and that such protection is warranted in good

13  faith.  Confidential Information shall not be disclosed except as provided for herein.

14  2.    Confidential Information is that which any party reasonably believes

15  has not lawfully been made public and which concerns or relates to the personnel

16  information, processes, objectives, strategies, plans, advertising, methodologies,

17  procedures, operations, type of work, products, services, sales, purchases, transfers,

18  identification of customers, customer information, bank and payroll related agreements,

19  policies, marketing plans, vendor information, profit margins, product quantities and

20  costs amount or source of income, costs, profits, losses, financial information, business

21  forecasts, or expenditures of any person, firm, partnership, corporation, or other

22  organization or organizational structure, if the disclosure of such information has the

23  effect of causing harm or potential harm to the competitive position or privacy rights of

24  the person, firm, partnership, corporation, or to the organization from which the

25  information was obtained or of third parties, including but not limited to persons

26  transacting business with any of the parties to this action.

27  3.    Documents that are confidential under this Order shall be so

28  designated by writing, typing, stamping or otherwise affixing the legend "Confidential

KAUFF, MCCLAIN
& MCGUIRE LLP
ONE POST STREET
SUITE 2600
SAN FRANCISCO, CA  94104
TELEPHONE (415) 421-3111

-2-

STIPULATION AND [PROPOSED] PROTECTIVE ORDER          CASE NO. C 07-03108 JSW (ENE)

1    Information" (and such other and further legend as may reasonably be included to

2    specify such confidentiality) on copies of the document.  Stamping the legend

3    "Confidential Information" on the cover of any multi-page document shall designate all

4    pages of the document as confidential, unless otherwise indicated by the producing

5    party.  Confidential documents (including deposition transcripts) also may be so

6    designated after production by written communication and reproduction with a

7    "Confidential Information" legend for purposes of substitution of the original

8    documentation, and all parties shall use their best efforts to ensure that no prior

9    disclosure shall be used or re-disclosed contrary to the terms of this Order.

10            4.        The inadvertent or unintentional disclosure of Confidential

11    Information shall not be deemed a waiver in whole or in part of a party's claim of

12    confidentiality.  Any such inadvertently or unintentionally disclosed Confidential

13    Information shall be designated as Confidential Information as soon as reasonably

14    possible after the producing party becomes aware of the inadvertent or unintentional

15    disclosure and the producing party shall provide counsel for the other parties with a

16    duplicate copy bearing the legend "Confidential Information," whereupon the unmarked

17    copies will be returned or destroyed.

18            5.        Portions of transcripts of depositions in which any Confidential

19    Information is quoted, paraphrased, discussed or referred to, or in which the subject

20    matter covered by any Confidential Information is discussed or referred to, shall be

21    subject to the same confidential treatment as provided herein for the underlying

22    Confidential Information and shall be designated as confidential.  Requests for such

23    confidential treatment may be made at the deposition or at the latest within twenty (20)

24    days after receipt of a transcript thereof.  All transcripts of depositions shall be treated as

25    confidential for at least that 20 day period.

26            6.        Recognizing the legitimate confidentiality needs of the parties, all

27    discovery shall be used only by the parties to this action for purposes of resolution of the

28    claims asserted in this action, any trial and appeal of this action, and enforcement of any

KAUFF, McCLAIN
& McGUIRE LLP
ONE POST STREET
SUITE 2600
SAN FRANCISCO, CA 94104
TELEPHONE (415) 421-3111

-3-

STIPULATION AND [PROPOSED] PROTECTIVE ORDER                    CASE NO. C 07-03108 JSW (ENE)

1 award or judgment thereon. Information designated as "Confidential Information" under
2 this Order, and any summaries, copies, abstracts, or other documents derived in whole
3 or in part from information, designated as confidential, shall be used only by the parties
4 to this action, for the purpose of the prosecution, defense or settlement of the claims
5 asserted in this action, any trial and appeal of this action and the enforcement of any
6 award or judgment based on such claims, and for no other purpose.

7         7.     Confidential Information, produced pursuant to this Order may be
8 disclosed or made available only to counsel for a party (including the paralegal, clerical
9 and secretarial staff employed by such counsel), to a trier of fact or law in any forum in
10 which the claims asserted in this action may be adjudicated or enforced and the
11 administrators of that forum, and to "Qualified Persons." A Qualified Person is a person
12 who falls into one of the categories set forth below:

13            (a)     a party, or a current or former officer, director or employee of
14 a party deemed necessary by counsel to aid in the prosecution, defense or settlement of
15 this action;

16            (b)     experts or consultants (together with their clerical staff)
17 retained by such counsel to assist in the prosecution, defense or settlement of this action
18 provided; however, that prior to disclosure of any Confidential Information to an expert or
19 consultant, the party that wishes to make the disclosure shall affirm that the expert or
20 consultant has not previously been retained by the non-disclosing party or a competitor
21 of the non-disclosing party. (A competitor shall be defined as any discount variety
22 retailer.) If the expert or consultant has been so retained, the parties shall meet and
23 confer with each other and, if necessary, submit the issue to the Court prior to the
24 disclosure to the expert or consultant of any Confidential Information;

25            (c)     witnesses testifying at deposition or at the hearing of this
26 matter either during their testimony or in preparation therefore; however, if a witness
27 refuses to sign the Nondisclosure Agreement, the parties shall meet and confer with

28

KAUFF, MCCLAIN
& MCGUIRE LLP
ONE POST STREET
SUITE 2600
SAN FRANCISCO, CA 94104
TELEPHONE (415) 421-3111

-4-

STIPULATION AND [PROPOSED] PROTECTIVE ORDER         CASE NO. C 07-03108 JSW (ENE)

1  each other and, if necessary, submit the issue to the Court prior to the disclosure to the

2  witness of any Confidential Information;

3          (d)    any person to whom disclosure is reasonably necessary to

4  enforce any award or judgment rendered against any party in this proceeding; and

5          (e)    any other person ordered by the Court or as to whom all

6  parties in writing agree.

7          8.    Any person or entity to whom Confidential Information is disclosed

8  pursuant to Subparagraphs 7 (a)-(e), above, shall, prior to receiving such Confidential

9  Information, be provided with a copy of this Order and shall execute a Nondisclosure

10  Agreement in the form set forth in Attachment A hereto, such forms to be maintained by

11  counsel for the party sharing Confidential Information and undertaking to have such

12  forms executed.

13          9.    On the request of any party, any person who is not a Qualified

14  Person shall be excluded from any deposition during the period in which Confidential

15  Information is used, referred to or discussed.

16          10.    The parties may further designate certain discovery material,

17  testimony, or other information of an extraordinarily highly confidential and/or propriety

18  nature as "CONFIDENTIAL INFORMATION COUNSEL ONLY" (hereinafter "Counsel-

19  Only Material" or "Highly Confidential" material), in the manner described above. Such

20  designation shall not be used routinely or to gain advantage in this litigation, but rather

21  shall be used only in exceptional cases where the protections afforded by the

22  Confidential and Highly Confidential classifications are insufficient. For example, where

23  disclosure to clients or witnesses would create a potential for harm to Defendant's

24  business interests (for example, where any such individual is working for a competitor of

25  Defendant). Counsel-Only Material, and the information contained therein, shall be

26  disclosed only to counsel for the parties (including the paralegal, clerical and secretarial

27  staff employed by such counsel), and to experts who execute Attachment A. If

28  disclosure of Counsel-Only Material is made pursuant to this paragraph, all other

KAUFF, McCLAIN
& McGUIRE LLP
ONE POST STREET
SUITE 2600
SAN FRANCISCO, CA 94104
TELEPHONE (415) 421-3111

-5-

STIPULATION AND [PROPOSED] PROTECTIVE ORDER                    CASE NO. C 07-03108 JSW (ENE)

1   provisions in this Order with respect to confidentiality shall also apply, except where

2   inconsistent with this paragraph.

3           11.    The restrictions set forth in this Stipulation and Order shall not:

4                   (a)    apply to any discovery matter which a party can show was

5   lawfully possessed, obtained or developed by it other than through discovery in this

6   action;

7                   (b)    apply to any information which lawfully is or lawfully becomes

8   public knowledge, not in violation of this Stipulation and Order;

9                   (c)    operate as an admission by the recipient that any of the

10   information contains or reflects confidential information;

11                   (d)    prejudice in any way the right of any party or non-party to

12   object on any basis to the production of discovery matter it considers not subject to

13   discovery;

14                   (e)    prejudice in any way the right of any party or non-party to

15   seek a determination from the Court as to whether particular information shall be

16   produced;

17                   (f)    prevent the parties from entering into a written agreement to

18   alter or waive the provisions or protections provided herein, generally or with respect to

19   any information;

20                   (g)    prejudice in any way the right of any party or non-party to

21   seek such additional or other protection as that party may deem appropriate with regard

22   to the confidentiality of the information;

23                   (h)    be construed to require any party to produce information that

24   it considers privileged or otherwise not subject to discovery;

25                   (i)    be deemed a waiver of any objections a party otherwise

26   would have to any discovery request propounded in this action or a waiver of any third

27   party's claim to right of privacy.

28

KAUFF, MCCLAIN
& McGUIRE LLP
ONE POST STREET
SUITE 2600
SAN FRANCISCO, CA  94104
TELEPHONE (415) 421-3111

-6-

STIPULATION AND [PROPOSED] PROTECTIVE ORDER               CASE NO. C 07-03108 JSW (ENE)

1    12.    This Order shall be without prejudice to the right of any party at any

2    time after information is designated Confidential Information to file a motion with the

3    Court, upon not less than ten (10) days notice to all parties: (i) to challenge the

4    designation of any particular document or information as confidential or whether its use

5    should be restricted, provided such party has first made a good-faith attempt to resolve

6    such question with the designating party; or (ii) seek a separate protective order as to

7    any particular document or information, including restrictions differing from those as

8    specified herein.  The Order shall not be deemed to prejudice the parties in any way in

9    any future application for modifications of this Order.

10    13.    The parties will mark any document which they believe should be

11    filed under seal either as Counsel-Only Material or as Highly Confidential.  Defendant's

12    use of such designations shall only apply to documents containing trade secret and

13    proprietary information of the Defendant, the public disclosure of which would be

14    detrimental to Dollar Tree's competitive interests.  The designation of a document in a

15    manner that subjects it to seal shall be subject to a meet and confer requirement if

16    objected to by the other party.  The sealing requirements of Local Rule 79-5 will apply to

17    any document so designated until and unless a Court orders that the documents are not

18    subject to seal.  Should Plaintiffs desire to file any document so marked by Defendant

19    (that is Counsel-Only Material or Highly Confidential), Defendant will prepare the

20    Administrative Motion to File Under Seal (including the supporting declaration) that is

21    required by Local Rule 79-5 (b) (1).  Plaintiffs' counsel shall provide the document(s) to

22    be so submitted to Defendant's counsel who will attend to submitting such documents in

23    accordance with the provisions of Local Rule 79-5.

24    14.    The burden of establishing that any information designated as

25    Confidential Information, Highly Confidential Information, or Counsel-Only Material

26    meets the definitions set forth herein shall be on the party which seeks to uphold the

27    designation.  Any information or documents designated as Confidential Information

28    which are subject to motion pursuant to the paragraph shall be treated as Confidential

KAUFF, MCCLAIN
& MCGUIRE LLP
ONE POST STREET
SUITE 2600
SAN FRANCISCO, CA 94104
TELEPHONE (415) 421-3111

-7-

STIPULATION AND [PROPOSED] PROTECTIVE ORDER                    CASE NO. C 07-03108 JSW (ENE)

1     Information in accordance with the terms of this Stipulation and Order until such time as

2     the Court rules otherwise.

3            15.     All documents produced in this proceeding shall be used by the

4     party to whom such documents are produced solely for purposes of the investigation

5     and/or resolution of the claims arising in this action, any trial and appeal of this action

6     and the enforcement of any award thereon and for no other purpose.

7            16.     This Order shall survive the final termination of this action and the

8     Court shall retain jurisdiction to enforce, construe or modify its terms. Within thirty (30)

9     days following final disposition of this action, counsel for the parties shall assemble and

10     return to each other all Confidential Information (including Highly Confidential

11     Information) and/or Counsel-Only Material, including all copies of same, or (by mutual

12     agreement only) shall certify the destruction thereof, except Counsel shall be permitted

13     to retain for their respective files (i) copies of all papers and documents filed with the

14     Court and (ii) their work product (including documents used to develop legal thoughts

15     and litigation strategy), such as pleadings, correspondence, and memoranda, which

16     contain or refer to confidential discovery matter, provided that all such confidential

17     discovery matter and work product shall remain subject to this Stipulation and Order.

18     Confidential Information (including Highly Confidential Information) and/or Counsel-Only

19     Material, including all copies of same retained pursuant to paragraph 16(ii) shall be

20     returned two years subsequent to the end of the above-captioned litigation. Attorney

21     work-product incorporating such Confidential Information may be maintained by the

22     creating party indefinitely, but subject to the protections from disclosure contained

23     herein. Moreover, information retained shall not be used for any other purpose

24     whatsoever including but not limited to any other litigation.

25            17.     The Court shall maintain jurisdiction to enforce the terms of this

26     Order for three (3) years after final disposition of the action.

27

28

KAUFF, MCCLAIN
& MCGUIRE LLP
ONE POST STREET
SUITE 2600
SAN FRANCISCO, CA 94104
TELEPHONE (415) 421-3111

-8-

STIPULATION AND [PROPOSED] PROTECTIVE ORDER            CASE NO. C 07-03108 JSW (ENE)

THE FILER OF THE DOCUMENT ATTESTS THAT THE CONTENT OF THIS
DOCUMENT IS ACCEPTABLE TO ALL PERSONS REQUIRED TO SIGN THIS
DOCUMENT.

DATED:  October 18, 2007

Respectfully submitted,

EDGAR LAW FIRM

By: _____
JEREMY R. FIETZ

Attorneys for Plaintiffs
KASSONDRA BAAS and KELLY
LOFQUIST

DATED:  October 18, 2007

Respectfully submitted,

KAUFF McCLAIN & McGUIRE LLP

By: _____
/S/
MAUREEN E. McCLAIN

Attorneys for Defendant
DOLLAR TREE STORES, INC.

PURSUANT TO STIPULATION, IT IS SO ORDERED:

DATED:_____

_____
Honorable Jeffrey S. White
United States District Court Judge

KAUFF, McCLAIN
& McGUIRE LLP
ONE POST STREET
SUITE 2600
SAN FRANCISCO, CA 94104
TELEPHONE (415) 421-3111

-9-

STIPULATION AND [PROPOSED] PROTECTIVE ORDER    CASE NO. C 07-03108 JSW (ENE)

1

2

# ATTACHMENT A

## NONDISCLOSURE AGREEMENT

3            As a condition to inspecting or otherwise using documents and information

4    produced in the above-captioned action, I certify that I have read the attached Stipulation

5    and Order regarding the handling of documents and information designated as

6    "Confidential", "Highly Confidential", or "Confidential Information Counsel Only" (the

7    "Stipulation and Order") and hereby agrees to make no use of such documents and/or

8    information except as permitted by the Stipulation and Order, to make no disclosure of

9    such documents and/or information to persons other than those who may have access to

10    it under such Stipulation and Order, to return all originals and all copies of such

11    documents and/or information when required to do so under the Stipulation and Order,

12    and otherwise to be bound by all of the terms and provisions of the Stipulation and

13    Order.

14

15

16    DATED: _____        SIGNED: _____

17

18    4813-0037-8625.1

19

20

21

22

23

24

25

26

27

28

KAUFF, MCCLAIN
& MCGUIRE LLP
ONE POST STREET
SUITE 2600
SAN FRANCISCO, CA  94104
TELEPHONE (415) 421-3111

STIPULATION AND [PROPOSED] PROTECTIVE ORDER        CASE NO. C 07-03108 JSW (ENE)