**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**CIVIL PRETRIAL MINUTES**

Date: October 19, 2007

Case No.   C 07-3108 JSW          Judge: JEFFREY S. WHITE

Title: KASSANDRA BAAS -v- DOLLAR TREES STORES

Attorneys:  Plf: Jeremy Feitz
            Dft: Maureen McClain

Deputy Clerk:  Anthony Bowser   Court Reporter: Catherine Powell

**PROCEEDINGS**

1)   Initial Case Management Conference

2)

3)

**ORDERED AFTER HEARING:**

Counsel instructed by court to meet and confer with clients re revisiting Consent to Proceed before Magistrate Judge, and to submit notice of intent not later than 10/26/2007;

Hearing deadline for Class Certification Motions reserved for 4/4/2008 at 9:00 a.m.