1  MAUREEN E. MCCLAIN (State Bar No. 062050)
   Email: mcclain@kmm.com
2  ALEX HERNAEZ (State Bar No. 201441)
   Email: hernaez@kmm.com
3  KAUFF MCCLAIN & MCGUIRE LLP
   One Post Street, Suite 2600
4  San Francisco, California  94104
   Telephone:   (415) 421-3111
5  Facsimile:    (415) 421-0938

6  Attorneys for Defendant
   DOLLAR TREE STORES, INC.
7
   BETH HIRSCH BERMAN (VA Bar No. 28091)
8  Email: bberman@williamsmullen.com
   WILLIAMS MULLEN
9  Dominion Tower, Suite 1700
   999 Waterside Drive
10 Norfolk, Virginia 23510
   Telephone:   (757) 629-0604
11 Facsimile:    (757) 629-0660

12 Attorneys for Defendant
   DOLLAR TREE STORES, INC.
13
   DONALD S. EDGAR (State Bar No. 139324)
14 JEREMY R. FIETZ (State Bar No. 200396)
   Email: jeremy@classattorneys.com
15 EDGAR LAW FIRM
   408 College Avenue
16 Santa Rosa, California 95401
   Telephone:   (707) 545-3200
17 Facsimile:    (707) 578-3040

18 Attorneys for Plaintiffs
   KASSONDRA BAAS and KELLY LOFQUIST
19

20              UNITED STATES DISTRICT COURT

21           NORTHERN DISTRICT OF CALIFORNIA

22 KASSONDRA BAAS and KELLY LOFQUIST,        CASE NO.  C 07-03108 JSW (ENE)
   individually and on behalf of all others
23 similarly situated,                        **JOINT STATEMENT OF COUNSEL
                                              DECLINING U.S. MAGISTRATE
24              Plaintiffs,                    JUDGE ASSIGNMENT**

25 v.                                         **JUDGE:**   Hon. Jeffrey S. White

26 DOLLAR TREE STORES, INC.,                  **COMPLAINT FILED:** June 13, 2007
                                              **TRIAL DATE:**      No date set.
27              Defendant.

28

KAUFF MCCLAIN &
MCGUIRE LLP
ONE POST STREET
SUITE 2600
SAN FRANCISCO, CA 94104
TELEPHONE (415) 421-3111

JOINT STATEMENT OF COUNSEL DECLINING U.S. MAGISTRATE
JUDGE ASSIGNMENT                                          CASE NO. C 07-03108 JSW (ENE)

1          Pursuant to the Court's Order of October 16, 2007, Counsel have

2    consulted with their respective clients, and reaffirm their declination for this case to

3    proceed for all purposes before a U.S. Magistrate Judge.

4    DATED:     October 23 , 2007        Respectfully submitted,

5                                                  KAUFF MCCLAIN & MCGUIRE LLP

6

7                                                  By:_____

8                                                       MAUREEN E. MCCLAIN

9                                         Attorneys for Defendant
                                     DOLLAR TREE STORES, INC.

10   DATED:     October 23, 2007        EDGAR LAW FIRM

11

12                                                 By:_____

13                                                   JEREMY R. FIETZ

14                                        Attorneys for Plaintiffs
                                     KASSONDRA BAAS and KELLY

15                                          LOFQUIST

16   4813-2921-7538.1

17

18

19

20

21

22

23

24

25

26

27

28

KAUFF MCCLAIN &
MCGUIRE LLP
ONE POST STREET
SUITE 2600
SAN FRANCISCO, CA 94104
TELEPHONE (415) 421-3111

-1-

JOINT STATEMENT OF COUNSEL DECLINING U.S. MAGISTRATE
JUDGE ASSIGNMENT                        CASE NO. C 07-0310 JSW (ENE)