United States District Court
Northern District of California

# UNITED STATES DISTRICT COURT

### Northern District of California

| | |
|---|---|
| Baas,<br><br>        Plaintiff(s),<br><br>    v.<br><br>Dollar Tree Stores, Inc.,<br><br>        Defendant(s). | No. C 07-03108 JSW ENE<br><br>**Certification of ADR Session** |

*Instructions:* The neutral shall submit this Certification to the ADR unit within 10 days after completing an ADR Session. The ADR unit will file-stamp the Certification and place it in the court file.

1. I hereby certify that the parties in this matter held a ☐ Mediation or ☒ ENE session on (date) __11/12/07__

2. Did the case settle?    ☐ fully    ☐ partially    ☒ no

3. If the case did not settle fully, is any follow-up contemplated?

    ☐ another session scheduled for (date) _____

    ☐ phone discussions expected by (date) _____

    ☒ no

4. **IS THIS ADR PROCESS COMPLETED?**    ☒ YES    ☐ NO

Dated: __11/12/07__                        _[signature]_
                                           **Evaluator, Dirk M. Schenkkan**
                                           Howard Rice Nemerovski Canady Falk &
                                           Rabin
                                           Three Embarcadero Center, 7th Fl.
                                           San Francisco, CA 94111

**Certification of ADR Session**
07-03108 JSW ENE