1  JEREMY R. FIETZ (State Bar No. 200396)
   Email: jeremy@classattorneys.com
2  EDGAR LAW FIRM
   408 College Avenue
3  Santa Rosa, CA 95401
   Tel: (707) 545-3200
4  Fax: (707) 578-3040

5  Attorneys for Plaintiffs
   KASSONDRA BAAS and KELLY LOFQUIST
6
7  MAUREEN E. McCLAIN (State Bar No. 062050)
   Email: mcclain@kmm.com
   ALEX HERNAEZ (State Bar No. 201441)
8  Email: hernaez@kmm.com
   KAUFF McCLAIN & McGUIRE LLP
9  One Post Street, Suite 2600
   San Francisco, California 94104
10 Telephone:    (415) 421-3111
   Facsimile:    (415) 421-0938
11
   Attorneys for Defendant
12 DOLLAR TREE STORES, INC.

13 BETH HIRSCH BERMAN (VA Bar No. 28091)
   Email: bberman@williamsmullen.com
14 WILLIAMS MULLEN
   Dominion Tower, Suite 1700
15 999 Waterside Drive
   Norfolk, VA 23510
16 Telephone:    (757) 629-0604
   Facsimile:    (757) 629-0660
17
   *Pro Hac Vice* Attorneys For Defendant
18 DOLLAR TREE STORES, INC.

19                  UNITED STATES DISTRICT COURT
20
                   NORTHERN DISTRICT OF CALIFORNIA
21

22
   KASSONDRA BAAS and KELLY          CASE NO. C 07-03108 JSW
23 LOFQUIST, individually and on behalf of all
   others similarly situated,        **STIPULATION AND [PROPOSED]**
24                                    **ORDER ALLOWING PLAINTIFFS**
                                      **TO FILE A THIRD AMENDED**
25                Plaintiffs,         **COMPLAINT**

26        v.                          **JUDGE:** Hon. Jeffrey S. White

27 DOLLAR TREE STORES, INC.,          **COMPLAINT FILED:**  June 13, 2007
                                      **TRIAL DATE:**        No date set.
28                Defendant.

1          It is hereby stipulated between the Parties that Plaintiffs may file the

2   attached Third Amended Complaint.

3          It is further stipulated between the Parties that Defendant shall not be

4   required to further answer the Third Amended Complaint, and all denials, responses and

5   affirmative defenses contained in the answer filed by Defendant will be, and are

6   deemed, responsive to the Third Amended Complaint.  To the extent that the Third

7   Amended Complaint can be read as raising new fact allegations of improper or unlawful

8   conduct on Defendant's part, the Parties hereby stipulate that such allegations are to be

9   treated as denied by the Defendant.

10        **IT IS SO STIPULATED.**

11  DATED:  February **22**, 2008          EDGAR LAW FIRM

12

13        By: _____

14            JEREMY R. FIETZ

15        Attorneys for Plaintiffs
          KASSONDRA BAAS and KELLY

16        LOFQUIST

17  DATED:  February **22**, 2008          KAUFF McCLAIN & McGUIRE LLP

18

19        By: _____

20            MAUREEN E. McCLAIN

21        Attorneys for Defendant
          DOLLAR TREE STORES, INC.

22

23  **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

24  DATED:  __February 26, 2008__

25        Hon. Jeffrey S. White
          United States District Court Judge

26

27  4818-8465-7154.1

28

-1-