1  MAUREEN E. MCCLAIN (State Bar No. 062050)
   Email: mcclain@kmm.com
2  ALEX HERNAEZ (State Bar No. 201441)
   Email: hernaez@kmm.com
3  KAUFF MCCLAIN & MCGUIRE LLP
   One Post Street, Suite 2600
4  San Francisco, California 94104
   Telephone:  (415) 421-3111
5  Facsimile:   (415) 421-0938

6  Attorneys for Defendant
   DOLLAR TREE STORES, INC.
7
   BETH HIRSCH BERMAN (VA Bar No. 28091)
8  Email: bberman@williamsmullen.com
   WILLIAMS MULLEN
9  999 Waterside Drive
   1700 Dominion Tower
10 Norfolk, VA 23510
   Telephone:  (757) 629-0604
11 Facsimile:   (757) 629-0660

12 *Pro Hac Vice* Attorneys for Defendant
   DOLLAR TREE STORES, INC.
13

14                     UNITED STATES DISTRICT COURT

15                    NORTHERN DISTRICT OF CALIFORNIA

16

| 17 | KASSONDRA BAAS and KELLY LOFQUIST, individually and on behalf of all others similarly situated, | CASE NO.  C 07-03108 JSW (ENE) |
|---|---|---|
| 18 | | **DECLARATION OF DAVID McDEARMON** |
| 19 | Plaintiffs, | |
| 20 | v. | DATE: April 4, 2008<br>TIME: 9:00 a.m.<br>DEPT.: Crtrm. 2, 17th Floor<br>JUDGE: Hon. Jeffrey S. White |
| 21 | DOLLAR TREE STORES, INC., | |
| 22 | Defendant. | COMPLAINT FILED: June 13, 2007<br>TRIAL DATE: No date set. |

23
24
25
26
27
28

KAUFF MCCLAIN & MCGUIRE LLP
ONE POST STREET
SUITE 2600
SAN FRANCISCO, CA 94104
TELEPHONE (415) 421-3111

-1-

DECLARATION OF DAVID MCDEARMON                                          CASE NO. C 07-03108 JSW

02-29-08    10:29am    From-Human Resources Dollar Tree Ches VA        +757-321-5222        T-154    P.003/005    F-291

I, David McDearmon, declare as follows:

1. I am over the age of eighteen and have personal knowledge of the facts set forth below. If called upon as a witness, I could testify competently thereto.

2. I am employed by Dollar Tree Management, Inc. ("DTM"), a wholly owned subsidiary of Dollar Tree Stores, Inc. ("DTS") (DTM and DTS shall be referred to collectively as "Dollar Tree"), as its Director of Human Resources/Field. DTS has several wholly owned subsidiaries, including DTM, which operate from the same location as DTS' corporate office and exist for the sole purpose of providing support for the operations of DTS and its other wholly owned subsidiaries.

3. Each Dollar Tree retail location has a Store Manager. The Store Manager is responsible for the running of the store, including hiring and terminating employees, training employees, ordering merchandise, scheduling, reviewing and approving payroll, maintaining business records, driving sales, supervising the store employees and ensuring proper running of all aspects of the store.

4. Each Dollar Tree retail location may also have two, three or more Assistant Managers. The Assistant Managers perform some of the Store Manager's duties when the Store Manager is not in the store including supervising non-management hourly employees.

5. Store Managers are classified as exempt; Assistant Managers are classified as nonexempt hourly employees. All other retail store employees are classified as nonexempt hourly employees, with the vast majority of them working a part-time schedule of fewer than five hours per day.

6. Dollar Tree also employs District Managers who oversee the operation of the approximately 10-12 stores that comprise each district. Currently, there are 24

KAUFF, McCLAIN & McGUIRE LLP
ONE POST STREET
SUITE 2600

DECLARATION OF DAVID MCDEARMON    C:\Documents and...    03108 JSW (ENE)

PAGE 3/5 * RCVD AT 2/29/2008 10:47:15 AM [Eastern Standard Time] * SVR:WMCD-FAX/3 * DNIS:3 * CSID:+757 321 5222 * DURATION (mm-ss):01-54

districts in California. The District Manager is responsible for ensuring the stores in his or her district follow Dollar Tree's policies and are productive stores. The District Manager is the Store Manager's primary connection to Dollar Tree. Effective February 1, 2008, each district in California is part of one of four regions that encompass California. Prior to that date, each district in California was part of three regions to encompass that state. Each region is headed by a Regional Director. The different regions also have their own assigned regional training and human resources personnel.

7. Dollar Tree trains its Store Managers and Assistant Managers ("Management Team") with regard to all federal and state employment laws as well as those Dollar Tree policies governing those laws.

8. Dollar Tree expects its Management Team to implement and enforce all laws and Dollar Tree policies.

9. Kassondra Baas and Kelly Lofquist were Assistant Store Managers. As part of Dollar Tree's Management Team, they were expected to implement, to comply with and to ensure that hourly associates complied with all of Dollar Tree's policies. Specifically, Dollar Tree expected Baas and Lofquist to ensure that the time records accurately captures all time worked by employees.

10. Dollar Tree's Policies & Procedures for Editing and Approving Time Records, produced at Bates Number DTB1394, explains management's responsibilities regarding reviewing time records and ensuring their accuracy.

11. Dollar Tree policy also requires that each employee sign a weekly Payroll Summary Report attesting to the accuracy of the time for which s/he is being paid.

12. Dollar Tree has terminated management employees who have falsified time records or who have had employees work off the clock.

KAUPP, McCLAIN
& McGUIRE LLP
ONE POST STREET
SUITE 2000

-3-

C:\Documents and
DECLARATION OF DAVID ...............3108 JSW (ENE)

PAGE 4/5 * RCVD AT 2/29/2008 10:47:15 AM [Eastern Standard Time] * SVR:WMCD-FAX/3 * DNIS:3 * CSID:+757 321 5222 * DURATION (mm-ss):01-54

02-29-08   10:30am   From-Human Resources Dollar Tree Ches VA   +757-321-5222   T-154   P.005/005   F-291

13. Dollar Tree Store Managers and Assistant Store Managers are required to post the applicable Wage Orders in their retail stores for all employees to read.

I declare under penalty of perjury under the laws of the Commonwealth of Virginia that the foregoing is true and correct.

Executed in Chesapeake, Virginia this 29th day of February, 2008.

*[signature: David E. McDearmon]*

1251008v1

KAUFF, MCCLAIN & MCGUIRE LLP
ONE POST STREET
SUITE 2600

-4-

PAGE 5/5 * RCVD AT 2/29/2008 10:47:15 AM [Eastern Standard Time] * SVR:WMCD-FAX/3 * DNIS:3 * CSID:+757 321 5222 * DURATION (mm-ss):01-54