MAUREEN E. MCCLAIN (State Bar No. 062050)
Email: mcclain@kmm.com
ALEX HERNAEZ (State Bar No. 201441)
Email: hernaez@kmm.com
KAUFF MCCLAIN & MCGUIRE LLP
One Post Street, Suite 2600
San Francisco, California 94104
Telephone:  (415) 421-3111
Facsimile:   (415) 421-0938

Attorneys for Defendant
DOLLAR TREE STORES, INC.

BETH HIRSCH BERMAN (VA Bar No. 28091)
Email: bberman@williamsmullen.com
WILLIAMS MULLEN
999 Waterside Drive
1700 Dominion Tower
Norfolk, VA 23510
Telephone:  (757) 629-0604
Facsimile:   (757) 629-0660

*Pro Hac Vice* Attorneys for Defendant
DOLLAR TREE STORES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KASSONDRA BAAS and KELLY LOFQUIST, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>DOLLAR TREE STORES, INC.,<br><br>Defendant. | CASE NO.  C 07-03108 JSW (ENE)<br><br>**DECLARATION OF CHARLOTTA JACOBSON-ALLEN**<br><br>DATE:     April 4, 2008<br>TIME:     9:00 a.m.<br>DEPT.:    Crtrm. 2, 17th Floor<br>JUDGE:    Hon. Jeffrey S. White<br><br>COMPLAINT FILED: June 13, 2007<br>TRIAL DATE:       No date set. |

-1-

KAUFF MCCLAIN &
MCGUIRE LLP
ONE POST STREET
SUITE 2600
SAN FRANCISCO, CA 94104
TELEPHONE (415) 421-3111

DECLARATION OF CHARLOTTA JACOBSON-ALLEN                              CASE NO. C 07-03108 JSW (ENE)

I, Charlotta Jacobson-Allen, declare as follows:

1. I am over the age of eighteen and have personal knowledge of the facts set forth below. If called upon as a witness, I could testify competently thereto.

2. I am employed by Williams Mullen, P.C. as a paralegal.

3. Paula Brady, a Human Resources Paralegal with Dollar Tree provided me with punch audit reports for stores 1868, 1561, 1878, 1990, and 2939. Plaintiffs worked at store 1868, while the remaining stores were within the same district as store 1868.

4. The audit reports identify all time entries made by any given employee in a store, as well as any adjustment made to that time entry, the person who made the adjustment and the date on which the adjustment was made.

5. I identified any adjustment to a time entry which appeared to take time away from the actual time an employee worked.

6. A summary of the adjustments made to stores 1561, 1878, 1990 and 2939 are attached hereto as Exhibit A.

7. A summary of the adjustments made to Ms. Baas's entries (Store 1868) are attached hereto as Exhibit B.

8. A summary of the adjustments made to Ms. Lofquist's entries (store 1868) are attached hereto as Exhibit C.

I declare under penalty of perjury under the laws of the Commonwealth of Virginia that the foregoing is true and correct.

Executed in Norfolk, Virginia this 29th day of February, 2008.

_____
Charlotta Jacobson-Allen

1251470v1

KAUFF, MCCLAIN
& MCGUIRE LLP
ONE POST STREET
SUITE 2600
SAN FRANCISCO, CA 94104
TELEPHONE (415) 421-3111

-2-
C:\Documents and
DECLARATION OF CHARLOTTA JACOBSON-ALLEN   CASE NOS: C 07 2050 SC AND C 07 04012 SC

# EXHIBIT A

## SUMMARY OF CHANGES
## TO STORE 1561 TIME RECORDS
### June 2006 - November 2006

| Date | EE Name | Description | Hours Lost | Equals | Total Hours Worked - (change)-(punched lunch) | OT AFFECTED |
|---|---|---|---|---|---|---|
| 6/5/2006 | Guntz, A | Solis changes SS from 13:53 to 14:00 | 0.12 | 7 minutes | 5.12 - .12 = 5.00 | NO |

| | | | | | Total Hours Worked |
|---|---|---|---|---|---|
| Date | EE Name | Description | Hours Lost | Equals | (-change)-(punched lunch) |
| | | SUMMARY OF CHANGES TO STORE 1878 TIME RECORDS June 2006 - November 2006 | | | |
| NO CHANGES TOOK AWAY TIME | | | | | |

## SUMMARY OF CHANGES TO STORE 1990 TIME RECORDS
### June 2006 - November 2006

| Date | EE Name | Description | Hours Lost | Equals | Total Hours Worked -(change)-(punched lunch) | OT Affected |
|---|---|---|---|---|---|---|
| 6/13/2006 | Prado, G | SS (5:28) Punch is changed to 5:30 by Anna Belarski | 0.03 | 2 Minutes | 8.03 - (.03) - (.50) = 7.5 | Yes |
| 6/22/2006 | Miller, L | SS (12:30) & ES (12:44) Punches are marked Ignore by Linda Campbell. New SS is physically punched at 16:26 while the rest of this Shift is Manual. | 0.23 | 14 Minutes | ? | No |
| Total Overtime Deducted (Time + 1/2) | | | 0.03 | 2 Minutes | | |

**KEY**
SS = Start Shift
SL = Start Lunch
EL = End Lunch
ES = End Shift

# SUMMARY OF CHANGES
## TO STORE 2939 TIME RECORDS
### June 2006 - November 2006

| Date | EE Name | Description | Hours Lost | Equals | Total Hours Worked (-change)-(punched lunch) | OT AFFECTED |
|---|---|---|---|---|---|---|
| 7/27/2006 | Degrasso, A | Appears to work 2 shifts 2nd SS Changed by Lopez | 0.4 | 24 Minutes | 1st Shift = 1.38 hrs 2nd Shift = 4.98 -.40 =4.58 | NO |
| 10/6/2006 | Berumen, C | SS Changed by Runnings | 0.05 | 3 minutes | 8.55 -(.05)-(.50) = 8 | YES |
| | Total Overtime Deducted (Time + 1/2) | | 0.05 | 3 minutes | | |

KEY
SS = Start Shift
SL = Start Lunch
EL = End Lunch
ES = End Shift

# EXHIBIT B

## SUMMARY OF CHANGES
## TO BAAS TIME RECORDS

| Date | Description | Hours Lost | Equals | Total Hours Worked -(change)-(punched lunch) | Description | Hours added | Equals | Total Hours (Worked (w/add) - Lunch Taken) |
|---|---|---|---|---|---|---|---|---|
| 6/27/2006 | Rebecca Hansen enters SL * | 0.05 | 3 minutes | 8.63-(.13)-(0.5)=8 | | | | |
| 6/27/2006 | Rebecca Hansen Changed ES * | 0.08 | 5 minutes | | | | | |
| 7/7/2006 | Murphy Changed SL | 0.2 | 12 Minutes | 8.80-(.3)-(.50)=8 | | | | |
| 7/7/2006 | Murphy Changed ES | 0.1 | 6 Minutes | | | | | |
| 7/10/2006 | Murphy Changed ES | 0.07 | 4 Minutes | 8.57-(.07)-(.50)=8 | | | | |
| 8/15/2006 | Hansen Changes EL | 0.33 | 20 minutes | 8.85-(.33)-(.50)=8.00 | Hansen adds time to SS & ES | 0.33 | 19.8 Minutes | 8.15-(0.53)=7.09 |
| 8/28/2006 | Hansen Changes EL | 0.5 | 30 Minutes. | 9.3-(.50)-(.80)=8.00 | Hansen adds time to ES | 0.37 | 22.2 Minutes | 8.56-(.56)=8 |
| 10/3/2006 | Hansen Changes SL | 0.13 | 8 Minutes | 8.67-(.13)-(.533)=8.00 | | | | |
| 11/3/2006 | Hansen Changed ES | 0.18 | 12 Minutes | 8.76-(.18)-(.60)=7.98 | | | | |
| 11/10/2006 | Hansen Manual EL | 0.08 | 5 Minutes. | 8.58-(.58)=8 | | | | |
| 12/1/2006 | Hansen Changed ES | 0.083 | 5 minutes | 8.6 - (.083)-(.516)= 8 | | | | |
| Total Overtime Deducted | | 1.803 | 1 hour 48 Minutes | | | | 0.7 | 42 Minutes |
| Total Regular Time Added | | -0.7 | 42 Minutes | | | | | |
| Overtime | | 1.103 | 1 hour 6 minutes | | | | | |

**KEY**

SS = Start Shift
SL = Start Lunch
EL = End Lunch
ES = End Shift

# EXHIBIT C

| SUMMARY OF CHANGES TO LOFQUIST HOURS | | | | |
|---|---|---|---|---|
| Date | Description | Hours Lost | Equals | Total Hours Worked (-change)-(physical lunch) |
| 11/27/2006 | Hansen Manual Lunch & Changed ES | 0.68 | 71 minutes | 9.18 - (.68)-(.5)= 8 |
| Total OT | | 0.68 | | |