MAUREEN E. MCCLAIN (State Bar No. 062050)
Email: mcclain@kmm.com
ALEX HERNAEZ (State Bar No. 201441)
Email: hernaez@kmm.com
KAUFF MCCLAIN & MCGUIRE LLP
One Post Street, Suite 2600
San Francisco, California 94104
Telephone: (415) 421-3111
Facsimile: (415) 421-0938

Attorneys for Defendant
DOLLAR TREE STORES, INC.

BETH HIRSCH BERMAN (VA Bar No. 28091)
Email: bberman@williamsmullen.com
WILLIAMS MULLEN
999 Waterside Drive
1700 Dominion Tower
Norfolk, VA 23510
Telephone: (757) 629-0604
Facsimile: (757) 629-0660

*Pro Hac Vice* Attorneys for Defendant
DOLLAR TREE STORES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KASSONDRA BAAS and KELLY LOFQUIST, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>DOLLAR TREE STORES, INC.,<br><br>Defendant. | CASE NO. C 07-03108 JSW<br><br>**DECLARATION OF BETH HIRSCH BERMAN**<br><br>DATE: April 4, 2008<br>TIME: 9:00 a.m.<br>DEPT.: Crtrm. 2, 17th Floor<br>JUDGE: Hon. Jeffrey S. White<br><br>COMPLAINT FILED: June 13, 2007<br>TRIAL DATE: No date set. |

-1-

KAUFF MCCLAIN & MCGUIRE LLP
ONE POST STREET
SUITE 2600
SAN FRANCISCO, CA 94104
TELEPHONE (415) 421-3111

DECLARATION OF BETH HIRSCH BERMAN        CASE NO. C 07-03108 JSW (ENE)

I, Beth Hirsch Berman, declare as follows:

1. I am over the age of eighteen and have personal knowledge of the facts set forth below. If called upon as a witness, I could testify competently thereto.

2. I am a shareholder in the law firm of Williams Mullen, P.C., pro hac vice counsel for Dollar Tree Stores, Inc. in the above captioned matter.

3. Attached as Exhibit A is a true and correct copy of the Initial Disclosures received from Plaintiffs in this matter.

4. Attached as Exhibit B is a true and correct copy of Defendant, John D. Hansen's Response to Defendant's Request for Production of Documents in the matter of Miguel A. Cruz and John D. Hansen v. Dollar Tree Stores, Inc., Case No. 07-02050 SC. In Request No. 14, Dollar Tree asked Hansen to produce all documents referencing his counsel's representation of Kassondra Bassignani (aka Kassondra Baas) and Kelly Lofquist. Hansen declined to produce any such documents generally and specifically relating to any informed waiver by Hansen with regard to his counsel's dual representation.

5. As a result of Hansen's refusal to answer the foregoing request, a meet and confer was held among Jeremy Fietz on behalf of Plaintiffs, and Maureen McClain and me on behalf of Dollar Tree. Mr. Fietz, on behalf of Hansen, Cruz, Baas and Lofquist continued to refuse to produce any documents relating to his clients informed waiver. As a follow-up to the meet and confer, Maureen McClain sent an email to Mr. Fietz, a true and correct copy of which is attached hereto as Exhibit C, advising Mr. Fietz's that his continued refusal to provide any waivers or consents on the part of his clients would cause Dollar Tree to oppose any attempted use on his part to rely on such documents during the course of any proceedings.

KAUFF, MCCLAIN
& MCGUIRE LLP
ONE POST STREET
SUITE 2600
SAN FRANCISCO, CA 94104
TELEPHONE (415) 421-3111

-2-
C:\Documents and
DECLARATION OF BETH HIRSCH BERMAN         CASE NO: C 07 03108 JSW (ENE)

6. On October 11, 2007 and November 1, 2007, I attended the deposition of John D. Hansen. Attached hereto as Exhibit D is a true and correct copy of the relevant portions of the transcript of that deposition.

7. On October 12, 2007 and November 2, 2007, I attended the deposition of Miguel Cruz. Attached hereto as Exhibit E is a true and correct copy of the relevant portions of the transcript of that deposition.

8. On October 15, 2007, I attended the deposition of Kelly Lofquist. Attached hereto as Exhibit F is a true and correct copy of the relevant portions of the transcript of that deposition.

9. On October 17, 2007, I attended the deposition of Kassondra Baas. Attached hereto as Exhibit G is a true and correct copy of the relevant portions of the transcript of that deposition.

I declare under penalty of perjury under the laws of the Commonwealth of Virginia that the foregoing is true and correct.

Executed in Norfolk, Virginia this 28th day of February, 2008.

_____
BETH HIRSCH BERMAN

1250974v1

KAUFF, McCLAIN
& McGUIRE LLP
ONE POST STREET
SUITE 2600
SAN FRANCISCO, CA 94104
TELEPHONE (415) 421-3111

-3-
DECLARATION OF BETH HIRSCH BERMAN                   CASE NO: C 07 03108 JSW (ENE)