MAUREEN E. MCCLAIN (State Bar No. 062050)
Email: mcclain@kmm.com
ALEX HERNAEZ (State Bar No. 201441)
Email: hernaez@kmm.com
KAUFF MCCLAIN & MCGUIRE LLP
One Post Street, Suite 2600
San Francisco, California 94104
Telephone:  (415) 421-3111
Facsimile:  (415) 421-0938

Attorneys for Defendant
DOLLAR TREE STORES, INC.

BETH HIRSCH BERMAN (VA Bar No. 28091)
Email: bberman@williamsmullen.com
WILLIAMS MULLEN
999 Waterside Drive
1700 Dominion Tower
Norfolk, VA  23510
Telephone:  (757) 629-0604
Facsimile:  (757) 629-0660

*Pro Hac Vice* Attorneys for Defendant
DOLLAR TREE STORES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KASSONDRA BAAS and KELLY LOFQUIST, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>DOLLAR TREE STORES, INC.,<br><br>Defendant. | CASE NO.  C 07-03108 JSW<br><br>**[PROPOSED] ORDER IN SUPPORT OF DEFENDANT DOLLAR TREE STORES, INC.'S MOTION TO DENY CLASS CERTIFICATION**<br><br>**DATE:** April 4, 2008<br>**TIME:** 9:00 a.m.<br>**DEPT.:** Crtrm. 2, 17th Floor<br>**JUDGE:** Hon. Jeffrey S. White<br><br>**COMPLAINT FILED:** June 13, 2007<br>**TRIAL DATE:** No date set. |

KAUFF MCCLAIN & MCGUIRE LLP
ONE POST STREET
SUITE 2600
SAN FRANCISCO, CA 94104
TELEPHONE (415) 421-3111

[PROPOSED] ORDER IN SUPPORT OF DEFENDANT DOLLAR TREE STORES, INC.'S MOTION TO DENY CLASS CERTIFICATION

CASE NO. C 07-03108 JSW

1  The Motion to Deny Class Certification filed by Defendant Dollar Tree Stores, Inc.'s ("Dollar Tree) came on for hearing in the above-entitled action on April 4, 2008, at 9:00 a.m., before this Court, the Honorable Jeffrey S. White presiding. Maureen McClain, Kauff, McClain & McGuire LLP, appeared as attorney for Dollar Tree, and Jeremy R. Fietz, appeared as attorney for plaintiffs Kassondra Baas and Kelly Lofquist.

After considering the moving and opposition papers, evidence and arguments of the parties, and all other matters presented to the Court, class certification is denied because plaintiffs cannot satisfy the requirements of Federal Rules of Civil Procedure 23(a)(2), (a)(3), (a)(4) and (b)(3).

**IT IS HEREBY ORDERED THAT** Dollar Tree's Motion to Deny Class Certification is GRANTED.

DATED: _____

HONORABLE JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

4820-1120-7938.1

KAUFF MCCLAIN & MCGUIRE LLP
ONE POST STREET
SUITE 2600
SAN FRANCISCO, CA 94104
TELEPHONE (415) 421-3111

[PROPOSED] ORDER IN SUPPORT OF DEFENDANT DOLLAR TREE STORES, INC.'S MOTION TO DENY CLASS CERTIFICATION

CASE NO. C 07-03108 JSW