Donald S. Edgar, Esq. (SBN 139324)
Jeremy R. Fietz, Esq. (SBN 200396)
Rex Grady, Esq. (SBN 232236)
**EDGAR LAW FIRM**
408 College Avenue
Santa Rosa, California, 95401
Tel:   (707)   545-3200
Fax:   (707)   578-3040

Attorneys for Plaintiffs,
KASSONDRA BAAS and KELLY LOFQUIST
individually and on behalf of all employees
similarly situated

IN THE UNITED STATE DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KASSONDRA BAAS and KELLY LOFQUIST, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>DOLLAR TREE STORES, INC.,<br><br>Defendant. | CASE NO.  C 07-03108 JSW<br><br>DECLARATION OF KELLY LOFQUIST IN SUPPORT OF MOTION FOR CLASS CERTIFICATION<br><br>Hearing Date: April 4, 2008<br><br>Time:  9:00 a.m.<br><br>Courtroom 2<br><br>Honorable Jeffrey S. White |

I, KELLY LOFQUIST, hereby declare as follows:

   1.   The following declaration is based upon my own personal observation and knowledge, and if called upon to testify the things contained herein, I could competently so testify.

   2.   I am a representative Plaintiff in this matter.

- 1 -

DECL. OF KELLY LOFQUIST IN SUPPORT OF MOTION FOR CLASS CERTIFICATION

07-03108 JSW

3. I was an hourly employee of Dollar Tree Stores, Inc., between approximately June 2006 and February 2007 as an "Hourly Associate" and then as an "Assistant Manager". I was paid an hourly wage in both positions.

4. Pursuant to Dollar Tree policy and the function of the computer program called "Compass", all hourly employees (which is all store employees other than the Store Manager) were required to electronically record their start and stop times, including breaks, throughout their shift. The potential punches were Start Shift (SS), Start Break (SB), End Break (EB), Start Lunch (SL), End Lunch (EL) and End Shift (ES).

5. The time punch entries were to be made contemporaneously and only store management (Assistant Managers and Store Managers) have the ability to modify the time records once entered by the employees themselves.

6. I understand the nature of this litigation and my duties to participate in discovery and trial. I also understand my role to further the interests of the entire class of Dollar Tree employees who were subject to the same time shaving practice as I was. I have been, and will continue to be, available for my attorney as needed to assist in the interpretation of Dollar Tree records, respond to discovery, or to respond to other needs of the case.

7. I am appreciative of the opportunity to engage myself as a class representative and will execute my responsibilities to the best of my ability.

I declare under penalty of perjury under the laws of the state of California, and United States of America that the above is true and correct and was executed in Santa Rosa on February 29, 2008.

*KELLY LOFQUIST* (signature)

- 2 -

DECL. OF KELLY LOFQUIST IN SUPPORT OF MOTION FOR CLASS CERTIFICATION

07-03108 JSW