1 | Donald S. Edgar, Esq. (SBN 139324)
Jeremy R. Fietz, Esq. (SBN 200396)
2 | Rex Grady, Esq. (SBN 232236)
***EDGAR LAW FIRM***
3 | 408 College Avenue
Santa Rosa, California, 95401
4 | Tel:   (707)   545-3200
Fax:   (707)   578-3040
5 |
6 | Attorneys for Plaintiffs,
KASSONDRA BAAS and KELLY LOFQUIST
7 | individually and on behalf of all employees
similarly situated
8 |
9 |
10 | **IN THE UNITED STATE DISTRICT COURT**
11 | **FOR THE NORTHERN DISTRICT OF CALIFORNIA**
12 |
13 |
14 | KASSONDRA BAAS and KELLY           ) **CASE NO.  C 07-03108 JSW**
LOFQUIST, individually and on behalf of all )
15 | others similarly situated,               ) **[PROPOSED] ORDER GRANTING**
                                        ) **MOTION FOR CLASS CERTIFICATION**
16 |           Plaintiffs,                  )
                                        ) Hearing Date: April 4, 2008
17 |                                      )
      v.                                 ) Time:  9:00 a.m.
18 |                                      )
                                        ) Courtroom 2
19 | DOLLAR TREE STORES, INC.,            )
                                        ) Honorable Jeffrey S. White
20 |           Defendant.                  )
                                        )
21 |                                      )
                                        )
22 |                                      )
23 |
24 |          Plaintiffs' Motion for Class Certification came on for hearing on April 4, 2008 at 9:00

25 | a.m. in Courtroom 2, 17th Floor, 450 Golden Gate Ave, San Francisco, California, before the

26 | Hon. Jeffrey S. White.

27 |          After review of the moving papers, opposition, reply, and upon receiving oral argument

28 | by the parties, and with good cause appearing therefore, the Court hereby orders that:

-1-

ORDER GRANTING MOTION FOR CLASS CERTIFICATION                          07-03108 JSW

1    Plaintiffs' motion for class certification is hereby GRANTED.

2    The Court finds that the Plaintiffs have satisfied the elements required for certification

3 under Rule 23 of the Federal Rules of Civil Procedure (FRCP).  The Court certifies Kassondra

4 Baas and Kelly Lofquist, by and through their counsel, the Edgar Law Firm, to continue in this

5 matter as representatives of the following defined class:

6
> Current and former non-exempt employees of Defendant Dollar
7 Tree Stores within the State of California at any time from the date
> that is four years prior to the filing of the original complaint in this
8 matter up to the date of trial who was electronic time punches were
> subject to post-entry reductions prior to the calculation and
9 payment of earnings.

10    The Court directs the parties to meet and confer concerning the most reasonably effective

11 and efficient manner of serving notice upon the class members.  The Court schedules a hearing

12 for approval of class notice on _____.

13

14

Dated:
15

16                              By:    _____
17                                     Honorable Jeffrey S. White
                                       US DISTRICT COURT
18

19

20

21

22

23

24

25

26

27

28

-2-