IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

KASSONDRA BAAS, et al.,

    Plaintiffs,

v.

DOLLAR TREE STORES, INC.,

    Defendant.

No. C 07-03108 JSW

**ORDER STRIKING DEFENDANT'S MOTION TO DENY CERTIFICATION**

On February 29, 2008, defendant Dollar Tree Stores, Inc. ("Defendant") filed a motion to deny certification. Defendant's arguments and evidence in support of such motion should have been filed as an opposition to Plaintiffs' affirmative motion for class certification. The Court further notes that Defendant's purported motion was twenty-five pages, in violation of the Court's Standing Orders. (General Standing Order, ¶ 6 ("All briefs ... with the exception of summary judgment motions and claims construction briefs, may not exceed fifteen pages in length ....").) The Court HEREBY STRIKES Defendant's motion to deny certification. Defendant may file a brief and evidence in opposition to Plaintiffs' motion for class certification in accordance with the Court's Standing Orders.

    **IT IS SO ORDERED.**

Dated: March 3, 2008

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE