MAUREEN E. MCCLAIN (State Bar No. 062050)
Email: mcclain@kmm.com
ALEX HERNAEZ (State Bar No. 201441)
Email: hernaez@kmm.com
KAUFF MCCLAIN & MCGUIRE LLP
One Post Street, Suite 2600
San Francisco, California 94104
Telephone: (415) 421-3111
Facsimile: (415) 421-0938

Attorneys for Defendant
DOLLAR TREE STORES, INC.

BETH HIRSCH BERMAN (VA Bar No. 28091)
Email: bberman@williamsmullen.com
WILLIAMS MULLEN
999 Waterside Drive
1700 Dominion Tower
Norfolk, VA 23510
Telephone: (757) 629-0604
Facsimile: (757) 629-0660

*Pro Hac Vice* Attorneys for Defendant
DOLLAR TREE STORES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KASSONDRA BAAS and KELLY LOFQUIST, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>DOLLAR TREE STORES, INC.,<br><br>Defendant. | CASE NO. C 07-03108 JSW<br><br>**DECLARATION OF STEVEN PEARSON IN OPPOSITION TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**<br><br>**DATE:** April 4, 2008<br>**TIME:** 9:00 a.m.<br>**DEPT.:** Crtrm. 2, 17th Floor<br>**JUDGE:** Hon. Jeffrey S. White<br><br>**COMPLAINT FILED:** June 13, 2007<br>**TRIAL DATE:** No date set. |

KAUFF MCCLAIN & MCGUIRE LLP
ONE POST STREET
SUITE 2600
SAN FRANCISCO, CA 94104
TELEPHONE (415) 421-3111

DECLARATION OF STEVEN PEARSON IN OPPOSITION TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION

CASE NO. C 07-03108 JSW

I, Steven Pearson, declare as follows:

1. I am over the age of eighteen and have personal knowledge of the facts set forth below. If called upon as a witness, I could testify competently thereto.

2. I am employed by Dollar Tree Stores, Inc. ("Dollar Tree"), as an Operations Analyst. In that capacity I am responsible for the Compass system and operational reporting.

3. Dollar Tree requires all of its non-exempt hourly retail store employees, including Assistant Store Managers, to record accurately all time worked and all breaks taken.

4. Since approximately June, 2006, Dollar Tree has been using the Compass time management system to electronically record and track all time worked and all breaks taken by its hourly employees.

5. In an effort to prevent timecard fraud and to ensure more accurate timekeeping records, all employees are issued a unique employee number and access code which allows the employee to enter his/her start and end shift, start and end break, and start and end lunch. The time is entered using either a cash register or the computer located in the store's office.

6. If mistakes are made to any time entry or if an employee fails to make an entry, the Store Managers and Assistant Managers are able and expected to adjust time records for any employee in their store other than themselves to reflect the time actually worked by the employee.

7. It is against Dollar Tree policy for an employee, including managers, to use any employee number or access code other than their own.

-2-

KAUFF, MCCLAIN & MCGUIRE LLP
ONE POST STREET
SUITE 2600
SAN FRANCISCO, CA 94104
TELEPHONE (415) 421-3111

C:\Documents and

DECLARATION OF STEVEN PEARSON IN OPPOSITION TO
PLAINTIFFS' MOTION FOR CLASS CERTIFICATION

CASE NO: C 07 03108 JSW

8. Compass maintains a footprint of every entry made including the original entry and any corrections. The footprint also identifies who made the correction and the date and time when the correction was made. Dollar Tree can generate punch audit reports from Compass which show the detailed footprint.

9. Prior to using Compass, Dollar Tree used a time tracking system called Fastech to track store employee hours. Fastech also allowed corrections and has a footprint to show changes to time; however, it does not provide tracking information that is as detailed as that provided by Compass.

I declare under penalty of perjury that the foregoing is true and correct.

Executed in Chesapeake, Virginia this 5th day of March, 2008.

_____
Steven Pearson

1250974v1

KAUFF, MCCLAIN
& MCGUIRE LLP
ONE POST STREET
SUITE 2600
SAN FRANCISCO, CA 94104
TELEPHONE (415) 421-3111

-3-
C:\Documents and
DECLARATION OF STEVEN PEARSON IN OPPOSITION TO
PLAINTIFFS' MOTION FOR CLASS CERTIFICATION
CASE NO: C 07 03108 JSW