MAUREEN E. MCCLAIN (State Bar No. 062050)
Email: mcclain@kmm.com
ALEX HERNAEZ (State Bar No. 201441)
Email: hernaez@kmm.com
KAUFF MCCLAIN & MCGUIRE LLP
One Post Street, Suite 2600
San Francisco, California 94104
Telephone: (415) 421-3111
Facsimile: (415) 421-0938

Attorneys for Defendant
DOLLAR TREE STORES, INC.

BETH HIRSCH BERMAN (VA Bar No. 28091)
Email: bberman@williamsmullen.com
WILLIAMS MULLEN
999 Waterside Drive
1700 Dominion Tower
Norfolk, VA 23510
Telephone: (757) 629-0604
Facsimile: (757) 629-0660

*Pro Hac Vice* Attorneys for Defendant
DOLLAR TREE STORES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KASSONDRA BAAS and KELLY LOFQUIST, individually and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> DOLLAR TREE STORES, INC., <br><br> Defendant. | CASE NO. C 07-03108 JSW <br><br> **DECLARATION OF JOE ESTRADA** |

KAUFF MCCLAIN & MCGUIRE LLP
ONE POST STREET
SUITE 2600
SAN FRANCISCO, CA 94104
TELEPHONE (415) 421-3111

DECLARATION OF JOE ESTRADA                                                           C 07-03108 JSW

I, Joe Estrada, hereby declare as follows:

1. I am a certified interpreter, certification no. 01424780. I am fluent in both English and Spanish. I provide this declaration in order to explain the translating services that I have provided at the request of Dollar Tree Stores, Inc.'s ("Dollar Tree") attorney, Rossana S. Eltanal. I have personal knowledge of the facts stated in this declaration and would testify thereto if called as a witness in the above-captioned matter.

2. On December 27, 2007, Ms. Eltanal and I met with Jose Baeza at the Dollar Tree store located in Rohnert Park. Mr. Baeza is fluent in Spanish. I served as an interpreter for the interview between Ms. Eltanal and Mr. Baeza. During the meeting, I was able to communicate clearly and effectively with Mr. Baeza. Moreover, Mr. Baeza stated that he was willing to sign a declaration setting forth certain facts regarding his employment at Dollar Tree.

3. On January 9, 2008, with the assistance of another interpreter in my office, I prepared a written, Spanish translation of the declaration of Mr. Baeza drafted by Ms. Eltanal in English. A true and correct copy of the declaration of Jose Baeza in English is attached hereto as **Exhibit A**. A true and correct copy of the declaration of Jose Baeza translated correctly into Spanish is attached hereto as **Exhibit B**.

4. On January 15, 2008, I met again with Mr. Baeza and Ms. Eltanal at the Dollar Tree store in Rohnert Park. A copy of the declaration in Spanish was provided to Mr. Baeza for his review. I also read to him, verbatim in Spanish, the declaration. Mr. Baeza then voluntarily signed both declarations. See Exhibits A and B.

I have read this declaration, and do hereby declare, under penalty of perjury under the laws of the United States of America that it is true and correct.

Executed this _11_ day of March 2008 in _Santa Rosa_, California.

_____
JOE ESTRADA

4846-1764-4290.1

- 2 -

DECLARATION OF JOE ESTRADA                                    C 07-03108 JSW

# EXHIBIT A

1  MAUREEN E. McCLAIN (State Bar No. 062050)
   Email:  mcclain@kmm.com
2  ALEX HERNAEZ (State Bar No. 201441)
   Email:  hernaez@kmm.com
3  KAUFF McCLAIN & McGUIRE LLP
   One Post Street, Suite 2600
4  San Francisco, California  94104
   Telephone:  (415) 421-3111
5  Facsimile:   (415) 421-0938

6  Attorneys for Defendant
   DOLLAR TREE STORES, INC.
7
   BETH HIRSCH BERMAN (VA Bar No. 28091)
8  Email:  bberman@williamsmullen.com
   WILLIAMS MULLEN
9  Dominion Tower, Suite 1700
   999 Waterside Drive
10 Norfolk, VA  23510
   Telephone:  (757) 629-0604
11 Facsimile:   (757) 629-0660

12 *Pro Hac Vice* Attorneys for Defendant
   DOLLAR TREE STORES, INC.
13

14                 UNITED STATES DISTRICT COURT

15                 NORTHERN DISTRICT OF CALIFORNIA

16

| | |
|---|---|
| 17  KASSONDRA BAAS and KELLY LOFQUIST, individually and on behalf of all others similarly situated, | CASE NO. C 07-03108 JSW |
| 18 | **DECLARATION OF JOSE BAEZA** |
| 19              Plaintiffs, | |
| 20       v. | **ENGLISH VERSION** |
| 21  DOLLAR TREE STORES, INC., | |
| 22              Defendant. | |

23

24       This document has been translated into Spanish by JOE ESTRADA,

25 C.C.I., Certification No. 01424780.

26

27

28

KAUFF, MCCLAIN & MCGUIRE LLP
ONE POST STREET
SUITE 2600
SAN FRANCISCO, CA 94104
TELEPHONE (415) 421-3111

DECLARATION OF JOSE BAEZA                                          CASE NO. C 07-03108 JSW

I, Jose Baeza, do hereby declare:

1. All the facts contained in this Declaration are based on my own personal knowledge and, if called as a witness, I could competently testify to them.

2. I am providing this Declaration voluntarily. Dollar Tree Stores, Inc. ("Dollar Tree") has informed me that providing or not providing this Declaration will not affect my employment with Dollar Tree.

3. I am currently employed as an Assistant Manager by Dollar Tree at store number 1868 in Rohnert Park, California. I was hired as a stocker approximately 6 years ago.

4. I have never worked off the clock at Dollar Tree. No Store Manager has asked me to work off the clock. No Store Manager has asked me to continue working without pay after my shift ended. I do not know of any other employee who has worked off the clock.

5. Dollar Tree has compensated me for all overtime hours I have worked. I have not worked any overtime at Dollar Tree in the last 2 to 3 years.

6. I have not had any pay issues with Dollar Tree or any Store Manager. I have not had any problems receiving payment on time for the hours I worked. I have not heard of other employees having pay issues at Dollar Tree.

7. I remember another Dollar Tree employee named Kassondra Baas who worked at the Rohnert Park store. However, I did not know anything about her. I recall that we worked during different shifts.

8. I do not recall working with a Dollar Tree employee named Kelly Lofquist.

I have read the above Declaration and do hereby declare under penalty of perjury under the laws of the United States of America that it is true and correct.

Executed this _15_ day of January, 2008 in Rohnert Park, California.

_____
JOSE BAEZA

-2-

DECLARATION OF JOSE BAEZA                                    CASE NO. C 07-03108 JSW

KAUFF, MCCLAIN & MCGUIRE LLP
ONE POST STREET
SUITE 2600
SAN FRANCISCO, CA 94104
TELEPHONE (415) 421-3111

# EXHIBIT B

1  MAUREEN E. McCLAIN (State Bar No. 062050)
   Email: mcclain@kmm.com
2  ALEX HERNAEZ (State Bar No. 201441)
   Email: hernaez@kmm.com
3  KAUFF McCLAIN & McGUIRE LLP
   One Post Street, Suite 2600
4  San Francisco, California 94104
   Telefono:    (415) 421-3111
5  Facsimile:   (415) 421-0938

6  Abogados del Demandado
   DOLLAR TREE STORES, INC.
7
   BETH HIRSCH BERMAN (VA Bar No. 28091)
8  Email: bberman@williamsmullen.com
   WILLIAMS MULLEN
9  Dominion Tower, Suite 1700
   999 Waterside Drive
10 Norfolk, VA 23510
   Telefono:    (757) 629-0604
11 Fax:         (757) 629-0660

12 *Pro Hac Vice* Abogados del Demandado
   DOLLAR TREE STORES, INC.
13

14              CORTE DEL DISTRITO DE LOS ESTADOS UNIDOS

15                    DISTRITO DEL NORTE DE CALIFORNIA

16

17 KASSONDRA BAAS y KELLY LOFQUIST,           CASO NO. C 07-03108 JSW
   individualmente y a nombre de otros en
18 situación similar,                         **DECLARACION DE JOSE
                                              BAEZA**
19                 Demandante,
                                              **VERSION EN ESPAÑOL**
20

21      v.

22 DOLLAR TREE STORES, INC.,

23                 Demandado.

24

25      Este documento ha sido traducido al español por JOE ESTRADA, C.C.I.,

26 Número de Certificación. 01424780.

27

28

KAUFF, McCLAIN
& McGUIRE LLP
ONE POST STREET
SUITE 2600
SAN FRANCISCO, CA 94104
TELEPHONE (415) 421-3111

DECLARATION OF JOSE BAEZA                                    CASE NO. C 07-03108 JSW

1  Yo, Jose Baeza, mediante la presente declaro:

2  1.  Todos los hechos contenidos en esta Declaración estan basados en
3  mi conocimento personal, y si me requieren como testigo, yo puedo testificar
4  competentemente.

5  2.  Estoy proporcionando esta Declaración voluntariamente. Dollar
6  Tree Stores, Inc. ("Dollar Tree") me ha informado que proporcionando o no
7  proporcionando esta Declaración no afectara mi empleo en Dollar Tree.

8  3.  Actualmente estoy empleado en Dollar Treet como Asistente de
9  Gerente en la tienda número 1868 en Rohnert Park, California. Fuí contratado como
10 almacenador hace aproximadamente 6 años.

11  4.  Nunca he trabajado más de lo que maracaba el reloj en Dollar Tree.
12 Ningún Gerente de Tienda me ha pedido que trabaje más de lo que marca el reloj.
13 Ningún Gerente de Tienda me ha pedido que continue trabajando sin pagarme despues
14 de que mi jornada de trabajo ha terminado. No se de ningún otro empleado que haya
15 trabajado fuera de su jornada.

16  5.  Dollar Tree me ha compensado por todas las horas de tiempo extra
17 que he trabajado. No he trabajado tiempo extra en los últimos 2 o 3 años.

18  6.  No he tenido ningún problema de pago con Dollar Tree o con un
19 Gerente de Tienda. No he tenido ningún problema para recibir mi pago a tiempo por las
20 horas que he trabajado. No he escuchado que algún otro empleado tenga problemas
21 con sus pagos en Dollar Tree.

22  7.  Recuerdo a otro empleado de Dollar Tree llamada Kassondra Baas
23 que trabajo en la tienda de Rohnert Park. Sin embargo, no se nada acerca de ella.
24 Recuerdo que trabajamos diferentes jornadas.

25  8.  No recuerdo trabajar en Dollar Tree con una empleada llamada
26 Kelly Lofquist.

27
28

KAUFF, MCCLAIN
& MCGUIRE LLP
ONE POST STREET
SUITE 2600
SAN FRANCISCO, CA 94104
TELEPHONE (415) 421-3111

DECLARATION OF JOSE BAEZA   -2-   CASE NO. C 07-03108 JSW

1  He leído esta Declaración y mediante la presente declaro bajo
2  penalización por falso testimonio bajo las leyes de los Estados Unidos de America que
3  esto es correcto y verdadero.
4  Ejecutado este _15_ día de Enero del 2008 en Rohnert Park, California.

JOSE BAEZA

4813-3205-2738.1

KAUFF, MCCLAIN
& MCGUIRE LLP
ONE POST STREET
SUITE 2600
SAN FRANCISCO, CA 94104
TELEPHONE (415) 421-3111

-3-

DECLARATION OF JOSE BAEZA                                        CASE NO. C 07-03108 JSW