1  Donald S. Edgar, Esq. (SBN 139324)
2  Jeremy R. Fietz, Esq. (SBN 200396)
   Rex Grady, Esq. (SBN 232236)
3  **EDGAR LAW FIRM**
   408 College Avenue
4  Santa Rosa, California, 95401
   Tel:   (707) 545-3200
5  Fax:  (707) 578-3040

6  Attorneys for Plaintiffs

7

8                  IN THE UNITED STATE DISTRICT COURT
9              FOR THE NORTHERN DISTRICT OF CALIFORNIA
10
11

| | |
|---|---|
| KASSONDRA BAAS and KELLY LOFQUIST, individually and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> DOLLAR TREE STORES, INC., <br><br> Defendant. | CASE NO. C 07-03108 JSW <br><br> PLAINTIFFS' NOTICE OF SUBSTITUTION OF COUNSEL WITH [PROPOSED] ORDER THEREON <br><br> Honorable Jeffrey S. White <br><br> Courtroom 2, 17th Floor |

**TO THE ABOVE ENTITLED COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD:**

　　Plaintiffs, KASSONDRA BAAS and KELLY LOFQUIST, individually and on behalf of all others similarly situated, hereby makes the following substitution of counsel:

　　KRISTEN E. CAVERLY (State Bar No. 175070)
　　HENDERSON & CAVERLY LLP
　　P.O. Box 9144 (all U.S. Mail)
　　16236 San Dieguito Road, Suite 4-13
　　Rancho Santa Fe, CA 92067

　　Telephone: (858) 756-6342

　　Facsimile: (858) 756-4732

　　kcaverly@hcesq.com

-1-

PLAINTIFFS' NOTICE OF SUBSTITUTION OF COUNSEL                    07-03108 JSW

Plaintiffs, their former counsel, the Edgar Law Firm, and new counsel, HENDERSON & CAVERLY LLP, hereby stipulate and request Court approval of the within substitution.

Dated: June 30, 2008

**EDGAR LAW FIRM**

By: _____
Jeremy R. Fietz, Esq.

Dated: June 30, 2008

By: _____
Kassondra Baas

Dated: June 30, 2008

By: _____
Kelly Lofquist

Dated: June 25, 2008

**HENDERSON & CAVERLY LLP**

By: _____
Kristen E. Caverly, Esq.

Pursuant to the above stipulation, IT IS SO ORDERED:

Dated: June ___, 2008

_____
UNITED STATES DISTRICT COURT

-2-

PLAINTIFFS' NOTICE OF SUBSTITUTION OF COUNSEL                07-03108 JSW