```
1  Donald S. Edgar, Esq. (SBN 139324)
   Jeremy R. Fietz, Esq. (SBN 200396)
2  Rex Grady, Esq. (SBN 232236)
3  EDGAR LAW FIRM
   408 College Avenue
4  Santa Rosa, California, 95401
   Tel:   (707) 545-3200
5  Fax:   (707) 578-3040
6
   Attorneys for Plaintiffs
7
8                IN THE UNITED STATE DISTRICT COURT
9             FOR THE NORTHERN DISTRICT OF CALIFORNIA
10
11
12
   KASSONDRA BAAS and KELLY          ) CASE NO. C 07-03108 JSW
13 LOFQUIST, individually and on behalf of )
   all others similarly situated,       )
14                                    ) PLAINTIFFS' NOTICE OF SUBSTITUTION
                 Plaintiffs,          ) OF COUNSEL WITH [PROPOSED]
15                                    ) ORDER THEREON
        v.                            )
16                                    )
   DOLLAR TREE STORES, INC.,          ) Honorable Jeffrey S. White
17                                    )
                 Defendant.           ) Courtroom 2, 17th Floor
18 _____)
19
```

**TO THE ABOVE ENTITLED COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD:**

Plaintiffs, KASSONDRA BAAS and KELLY LOFQUIST, individually and on behalf of all others similarly situated, hereby makes the following substitution of counsel:

KRISTEN E. CAVERLY (State Bar No. 175070)
HENDERSON & CAVERLY LLP
P.O. Box 9144 (all U.S. Mail)
16236 San Dieguito Road, Suite 4-13
Rancho Santa Fe, CA 92067

Telephone: (858) 756-6342

Facsimile: (858) 756-4732

kcaverly@hcesq.com

-1-

PLAINTIFFS' NOTICE OF SUBSTITUTION OF COUNSEL              07-03108 JSW

1  Plaintiffs, their former counsel, the Edgar Law Firm, and new counsel,
2  HENDERSON & CAVERLY LLP, hereby stipulate and request Court approval of the within
3  substitution.

5  Dated: June 30, 2008              **EDGAR LAW FIRM**

7                                     By: _____
8                                        Jeremy R. Fietz, Esq.

9  Dated: June 30, 2008

11                                    By: _____
12                                       Kassondra Baas

13
14 Dated: June 30, 2008

15                                    By: _____
16                                       Kelly Lofquist

19 Dated: June 25, 2008              **HENDERSON & CAVERLY LLP**

20                                    By: _____
21                                       Kristen E. Caverly, Esq.

24 Pursuant to the above stipulation, IT IS SO ORDERED:

26
27 Dated: ~~June ___, 2008~~         _____
    July 2, 2008                     UNITED STATES DISTRICT COURT
28

-2-

PLAINTIFFS' NOTICE OF SUBSTITUTION OF COUNSEL                    07-03108 JSW