| | |
|---|---|
| 1 | MAUREEN E. MCCLAIN (State Bar No. 062050) |
| | Email: mcclain@kmm.com |
| 2 | ROSSANA S. ELTANAL (State Bar No. 221145) |
| | Email: eltanal@kmm.com |
| 3 | KAUFF MCCLAIN & MCGUIRE LLP |
| | One Post Street, Suite 2600 |
| 4 | San Francisco, California 94104 |
| | Telephone:  (415) 421-3111 |
| 5 | Facsimile:   (415) 421-0938 |
| 6 | Attorneys for Defendant |
| | DOLLAR TREE STORES, INC. |
| 7 | |
| | BETH HIRSCH BERMAN (VA Bar No. 28091) |
| 8 | Email: bberman@williamsmullen.com |
| | WILLIAMS MULLEN |
| 9 | 999 Waterside Drive |
| | 1700 Dominion Tower |
| 10 | Norfolk, VA  23510 |
| | Telephone:  (757) 629-0604 |
| 11 | Facsimile:   (757) 629-0660 |
| 12 | *Pro Hac Vice* Attorneys for Defendant |
| | DOLLAR TREE STORES, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KASSONDRA BAAS and KELLY LOFQUIST, individually and on behalf of all others similarly situated, | CASE NO.  C 07-03108 JSW |
| | **NOTICE OF CHANGE IN COUNSEL** |
| Plaintiffs, | |
| | **COMPLAINT FILED:** June 13, 2007 |
| v. | **TRIAL DATE:** No date set. |
| DOLLAR TREE STORES, INC., | |
| Defendant. | |

KAUFF MCCLAIN & MCGUIRE LLP
ONE POST STREET
SUITE 2600
SAN FRANCISCO, CA 94104
TELEPHONE (415) 421-3111

NOTICE OF CHANGE IN COUNSEL                                          C 07-03108 JSW

1   This notice is to inform the Court that Alex Hernaez is no longer associated
2   with Kauff, McClain & McGuire LLP, counsel for Defendant Dollar Tree Stores, Inc.  His
3   name therefore should be taken off the service list in the above-referenced case.

4   DATED:    July 2, 2008            Respectfully submitted,

5                                     KAUFF MCCLAIN & MCGUIRE LLP

7                                     By:          /S/
8                                           MAUREEN E. MCCLAIN
                                              ROSSANA S. ELTANAL

9                                     Attorneys for Defendant
10                                    DOLLAR TREE STORES, INC.

KAUFF MCCLAIN &
MCGUIRE LLP
ONE POST STREET
SUITE 2600
SAN FRANCISCO, CA 94104
TELEPHONE (415) 421-3111

-1-

NOTICE OF CHANGE IN COUNSEL                                      C 07-03108 JSW