**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

KASSONDRA BAAS, et al.,

    Plaintiffs,                                   No. C 07-03108 JSW

    v.

DOLLAR TREE STORES, INC.,            **ORDER SETTING BRIEFING SCHEDULE ON MOTION FOR CLASS CERTIFICATION**

    Defendant.

This matter is set for a hearing on December 19, 2008 on Plaintiffs' motion for class certification. The Court HEREBY ORDERS that an opposition to the motion shall be filed by no later than October 21, 2008 and a reply brief shall be filed by no later than October 28, 2008.

If the Court determines that the matter is suitable for resolution without oral argument, it will so advise the parties in advance of the hearing date. If the parties wish to modify this schedule, they may submit for the Court's consideration a stipulation and proposed order demonstrating good cause for any modification requested.

**IT IS SO ORDERED.**

Dated: October 7, 2008

                                                        JEFFREY S. WHITE
                                                        UNITED STATES DISTRICT JUDGE