United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

KASSONDRA BAAS, et al.,

    Plaintiffs,　　　　　　　　　　　　　　No. C 07-03108 JSW

    v.

DOLLAR TREE STORES, INC.,　　　　　　　　**ORDER VACATING HEARING**

    Defendant.
_____/

    The motion for class certification is currently set for hearing on Friday, December 19, 2008 at 9:00 a.m. This matter is now fully briefed and ripe for decision. The Court finds that this matter is appropriate for disposition without oral argument and is deemed submitted. *See* N.D. Civ. L.R. 7-1(b). Accordingly, the hearing set for December 19, 2008 is HEREBY VACATED.

    **IT IS SO ORDERED.**

Dated: December 17, 2008

                                           JEFFREY S. WHITE
                                           UNITED STATES DISTRICT JUDGE