IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

KASSONDRA BAAS, et al.,

    Plaintiffs,

v.

DOLLAR TREE STORES, INC.,

    Defendant.
                                        /

No. C 07-03108 JSW

**ORDER SETTING BRIEFING SCHEDULE REGARDING THE PARTIES' MOTIONS**

      This matter is set for a hearing on June 19, 2009 on plaintiff Kassondra Baas and Kelly Lofquist's motion for leave to amend and on defendant Dollar Tree Stores, Inc.'s motion to for judgment on the pleadings or, in the alternative, for summary judgment. The Court HEREBY ORDERS that the parties' opposition to these motions shall be filed by no later than May 4, 2009 and their reply briefs shall be filed by no later than May 11, 2009.

      If the Court determines that the matter is suitable for resolution without oral argument, it will so advise the parties in advance of the hearing date. If the parties wish to modify this schedule, they may submit for the Court's consideration a stipulation and proposed order demonstrating good cause for any modification requested.

      **IT IS SO ORDERED.**

Dated: April 20, 2009

                                                           JEFFREY S. WHITE
                                                            UNITED STATES DISTRICT JUDGE