1  MAUREEN E. MCCLAIN, Bar No. 062050
   NEVILLE FERNANDES, Bar No. 240935
2  LITTLER MENDELSON
   A Professional Corporation
3  650 California Street, 20th Floor
   San Francisco, CA 94108.2693
4  Telephone:  415.433.1940
   Email: mmcclain@littler.com
5  Email: nfernandes@littler.com

6  Attorneys for Defendant
   DOLLAR TREE STORES, INC.
7
   BETH HIRSCH BERMAN (VA Bar No. 28091)
8  WILLIAMS, MULLEN
   999 Waterside Drive
9  1700 Dominion Tower
   Norfolk, VA 23510
10 Telephone: (757) 629-0604
   Facsimile: (757) 629-0660
11 Email: bberman@williamsmullen.com

12 Pro Hac Vice Attorneys for Defendant
   DOLLAR TREE STORES, INC.
13
   KRISTEN E. CAVERLY (Bar No. 175070)
14 TODD S. HIPPER (Bar No. 232255)
   HENDERSON CAVERLY PUM & CHARNEY LLP
15 P.O. Box 9144 (all U.S. Mail)
   16236 San Dieguito Road, Suite 4-13
16 Rancho Santa Fe, CA 92067
   Telephone: (858) 756-6342
17 Facsimile: (858) 756-4732

18 Attorneys for Plaintiffs
   KASSONDRA BAAS and KELLY LOFQUIST
19

20              UNITED STATES DISTRICT COURT
                NORTHERN DISTRICT OF CALIFORNIA
21

| | |
|---|---|
| KASSONDRA BAAS and KELLY LOFQUIST, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>DOLLAR TREE STORES, INC.,<br><br>Defendant. | Case No. C 07-03108 JSW<br><br>JOINT STIPULATION CONTINUING CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER<br><br>CMC Date: August 7, 2009<br>Time: 1:30 p.m.<br>Dept: Crtrm. 11, 19th Floor<br>Judge: Hon. Jeffrey S. White<br>Trial Date: No Date Set |

JOINT STIPULATION AND [PROPOSED] ORDER RE: CASE MANAGEMENT CONFERENCE                          Case No. C 07-03108 JSW

1.

1      The parties hereby stipulate to continue the Case Management Conference, currently scheduled for August 7, 2009, to September 11, 2009, or as soon thereafter as the Case Management Conference can be held. This continuance is necessary because the parties have signed a settlement agreement in this lawsuit, but do not anticipate being able to exchange settlement payments and file a request for dismissal before the July 31, 2009 deadline to file Case Management Conference Statements. As a result, the parties request that the Case Management Conference currently scheduled for August 7, 2009 be continued to September 11, 2009 to provide the parties additional time to finalize their settlement agreement and file a request for dismissal.

Dated: July 27, 2009

KRISTEN E. CAVERLY
TODD S. HIPPER
HENDERSON CAVERLY PUM & CHARNEY LLP
Attorneys for Plaintiffs
KASSONDRA BAAS and KELLY LOFQUIST

Dated: July 27, 2009

NEVILLE F. FERNANDES
LITTLER MENDELSON
A Professional Corporation
Attorneys for Defendant
DOLLAR TREE STORES, INC

### ORDER

Pursuant to the Stipulated Request to Continue the Case Management Conference, it is hereby ORDERED that the Case Management Conference currently scheduled for August 7, 2009 shall be continued to September 11, 2009

DATED: July 28, 2009

JUDGE JEFFREY S. WHITE

Firmwide:91233977.1 061603.1003