MAUREEN E. MCCLAIN, Bar No. 062050
NEVILLE FERNANDES, Bar No. 240935
LITTLER MENDELSON
A Professional Corporation
650 California Street, 20th Floor
San Francisco, CA  94108.2693
Telephone:   415.433.1940
Email: mmcclain@littler.com
Email: nfernandes@littler.com

Attorneys for Defendant
DOLLAR TREE STORES, INC.

BETH HIRSCH BERMAN (VA Bar No. 28091)
WILLIAMS, MULLEN
999 Waterside Drive
1700 Dominion Tower
Norfolk, VA  23510
Telephone:  (757) 629-0604
Facsimile:  (757) 629-0660
Email: bberman@williamsmullen.com

Pro Hac Vice Attorneys for Defendant
DOLLAR TREE STORES, INC.

KRISTEN E. CAVERLY (Bar No. 175070)
TODD S. HIPPER (Bar No. 232255)
HENDERSON CAVERLY PUM & CHARNEY LLP
P.O. Box 9144 (all U.S. Mail)
16236 San Dieguito Road, Suite 4-13
Rancho Santa Fe, CA 92067
Telephone: (858) 756-6342
Facsimile: (858) 756-4732

Attorneys for Plaintiffs
KASSONDRA BAAS and KELLY LOFQUIST

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KASSONDRA BAAS and KELLY LOFQUIST, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>DOLLAR TREE STORES, INC.,<br><br>Defendant. | Case No.  C 07-03108 JSW<br><br>**JOINT REQUEST FOR DISMISSAL AND [PROPOSED] DISMISSAL ORDER**<br><br>Judge:         Hon. Jeffrey S. White<br>Trial Date:   No Date Set |

JOINT REQUEST FOR DISMISSAL AND [PROPOSED] DISMISSAL ORDER

Case No. C 07-03108 JSW

1.

Plaintiffs KASSONDRA BAAS and KELLY LOFQUIST and Defendant DOLLAR TREE STORES, INC., acting through their undersigned counsel of record, hereby stipulate that the above-captioned action be dismissed with prejudice as to Plaintiffs' individual claims and without prejudice as to the class allegations. Each party will bear its own fees and costs associated with this matter.

Dated: August 3, 2009

_____
KRISTEN E. CAVERLY
TODD S. HIPPER
HENDERSON CAVERLY PUM & CHARNEY LLP
Attorneys for Plaintiffs
KASSONDRA BAAS and KELLY LOFQUIST

Dated: August 3, 2009

_____
NEVILLE F. FERNANDES
LITTLER MENDELSON
A Professional Corporation
Attorneys for Defendant
DOLLAR TREE STORES, INC

## ORDER

Pursuant to the Joint Request for Dismissal between Plaintiffs KASSONDRA BAAS and KELLY LOFQUIST and Defendant DOLLAR TREE STORES, INC., the Court hereby dismisses Plaintiffs' individual claims with prejudice, and dismisses the Class claims without prejudice. Each party will bear its own fees and costs associated with this matter.

DATED: August 4, 2009

_____
JUDGE JEFFREY S. WHITE

Firmwide:91352155.1 061603.1003

LITTLER MENDELSON
A Professional Corporation
650 California Street
20th Floor
San Francisco, CA 94108 2693
415 433 1940

JOINT REQUEST FOR DISMISSAL AND [PROPOSED] DISMISSAL ORDER                    Case No. C 07-03108 JSW

2.